FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2005 JAN 14  A 11: 41

SIGN_____
BY DEPUTY CLERK

**HARRY PRIEST, IV**
                    **PLAINTIFF**

**VERSUS**                    **CIVIL ACTION NO. 03-701-B-M1**

**SEARIVER MARITIME, INC.**                    **JUDGE:**
                    **DEFENDANT**

## MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Harry Priest, IV, and moves this court for  Partial Summary Judgment on the issue of the Plaintiff's entitlement to maintenance and cure benefits as set forth more fully in the accompanying memorandum.

1.

Mr. Priest was employed by SeaRiver Maritime, Inc. as a deckhand aboard the M/V KENTUCKY when he sustained a work related injury.

2.

Mr. Priest has not reached maximum medical improvement.

3.

Dr. Arnold Feldman has recommended a an endoscopic discectomy for Mr. Priest.

4.

SeaRiver Maritime, Inc. has denied Mr. Priest's demand for this procedure and has terminated his maintenance and cure.

FJP/KC

5.

In support of this motion, Mr. Priest relies on: 1) the affidavit of Hunter Priest attached as Ex. A; 2) the deposition of Dr. Arnold Feldman attached as Ex. B; 3) correspondence to counsel for SeaRiver Maritime, Inc. dated December 1, 2004; and 4) all applicable state and federal law.

WHEREFORE, plaintiff, Harry Priest, IV respectfully prays that this Honorable Court enter an order granting partial summary judgment and awarding Mr. Priest maintenance and cure, and any other relief this Court may deem equitable and just.

Respectfully submitted,

SPYRIDON, KOCH, PALERMO & DORNAN

BY: _Mcuser Rotesco_

GREGG L. SPYRIDON (#12355)
MICHAEL W. RUTLEDGE (#28748)
3838 N. Causeway Blvd., Suite 3010
Metairie, LA 70002-8335
Telephone:(504) 830-7800
Fax:(504) 830-7810
Counsel for Plaintiff, Harry Priest, IV

-2-

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served by United States mail, postage pre-

paid, a true and correct copy of the above and foregoing pleading to all counsel of record

via U.S. Mail, postage paid.

This, the 13+h day of January, 2005.



H\P0384001\Pleadings\MSJ II wpd

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HARRY PRIEST, IV** | * | |
| Plaintiff | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION NO. 03-701-B-M1** |
| | * | |
| **SEARIVER MARITIME, INC.** | * | |
| Defendant | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>AFFIDAVIT</u>

**STATE OF MISSISSIPPI**
**COUNTY OF AMITE**

BEFORE ME, the undersigned authority, personally came and appeared:

HUNTER PRIEST

who, after being duly sworn by me, a Notary Public, did depose and say:

1.

I have reached the age of majority, am a resident of the State of Mississippi, and have personal knowledge of the facts and circumstances discussed herein;

2.

On or about October 30, 2002, while in the course and scope of my employment with SeaRiver Maritime, Inc. I sustained a personal injury to my back and lower spine.

3.

At the time of the injury, I was working as a deckhand aboard the M/V KENTUCKY and contributing to the function and mission of the vessel.



4.

Initially, Sea River Maritime, Inc. provided disability pay and maintenance and care as a result of the personal injury.

5.

On or about March 10, 2003, Sea River Maritime, Inc. discontinued all disability and medical care.

6.

At the time of my termination, I was seeking medical treatment and my condition was continuing to improve under the supervision of my doctors.

7.

In addition, I am entitled to medical care associated with my personal injury.  I have not reached maximum medical care and will continue to benefit from medical care associated with my personal injury.

8.

I am also entitled to maintenance at a rate of $50.00 per day.  This amount includes all onshore expenses including shelter and food.

FURTHER AFFIANT SAYETH NOT.

HUNTER PRIEST

SWORN TO AND SUBSCRIBED
before me this the _11th_ day of
_November_____, 2003.

NOTARY PUBLIC
H:\P0384001\Affidavit - Priest.001.wpd
MY COMMISSION EXPIRES DECEMBER 1. 2008

# DEPOSITION OF
# ARNOLD E. FELDMAN, M.D.

## Tuesday, November 30, 2004

## HARRY PRIEST, IV.
## PLAINTIFF

## versus

## SEARIVER MARITIME, INC.
## DEFENDANT

Condensed Transcript including
Keyword Index

Kathryn L. Kovacevich, CCR, RPR

KAY E. DONNELLY & ASSOCIATES
Certified Court Reporters
1100 Poydras Street, #2025
New Orleans, LA 70163
504-299-8220



EXHIBIT
B

**1**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

* * * * * * * * *
                                *
HARRY PRIEST, IV.          * CIVIL ACTION
        PLAINTIFF          * NO. 03-701-B-M1
                           *
VERSUS                     *
                           *
SEARIVER MARITIME, INC.    *
        DEFENDANT          *
                           *
* * * * * * * * *

        Deposition of ARNOLD E. FELDMAN, M.D.,

taken on Tuesday, November 30, 2004, commencing

at 4:53 p.m., in the offices of PAIN TREATMENT

CENTER OF BATON ROUGE, 505 East Airport Avenue,

Baton Rouge, Louisiana 70806.

**2**

I N D E X

                                              Page

Caption                                        1

Appearances                                    3

Agreement of Counsel                           4

Examination

    MICHAEL W. RUTLEDGE                         5

    THOMAS J. WAGNER                           25

                * * * * *

Certificate                                    50

EXHIBITS:

    Exhibit No. 1 -- CV                         6
    Exhibit No. 2 -- Records                    7
    Exhibit No. 3 -- Additional Records        48
    Exhibit No. 4 -- Second MRI Report         48

**3**

APPEARANCES:


    Representing the Plaintiff:

    SPYRIDON, KOCH, PALERMO & DORNAN, LLC
    Attorneys at Law
    3838 North Causeway Boulevard
    Suite 3010
    Metairie, Louisiana 70002

    BY:  MICHAEL W. RUTLEDGE


    Representing the Defendant:

    WAGNER & BAGOT, LLP
    Attorneys at Law
    650 Poydras Street
    Suite 2660
    New Orleans, Louisiana 70130-6105

    BY:  THOMAS J. WAGNER

Reported by:
            KATHRYN L. KOVACEVICH
            Certified Court Reporter
            Registered Professional Reporter
            State of Louisiana

**4**

S T I P U L A T I O N

    It is stipulated and agreed by and

between counsel that the deposition of ARNOLD

E. FELDMAN, M.D. is hereby being taken under

the Federal Rules of Civil Procedure in

accordance with the Rules.

    The formalities of reading and signing,

sealing and certification are hereby waived.

The party responsible for service of the

discovery material shall retain the original.

    All objections are to be made in

accordance with the Federal Rules of Civil

Procedure.

                * * * * *

    KATHRYN L. KOVACEVICH, Certified Court

Reporter, Registered Professional Reporter, in

and for the State of Louisiana, officiated in

administering the oath to the witness.

Case 3:03-cv-00701-FJP-SCR   Document 48   01/14/05   Page 8 of 28

**5**

1      ARNOLD E. FELDMAN, M.D., PAIN TREATMENT
2  CENTER OF BATON ROUGE, 505 EAST AIRPORT AVENUE,
3  BATON ROUGE, LOUISIANA 70806, after having been
4  first duly sworn, testified on his oath as
5  follows:
6      MR. RUTLEDGE:
7      This deposition is being taken by the
8  Plaintiff pursuant to Notice. Tom, can we
9  agree it's for all purposes permitted by the
10 Federal Rules of Civil Procedure?
11     MR. WAGNER:
12     I'll agree it's permissible for
13 Discovery. I think it may be questionable
14 whether it's permitted for perpetuation since
15 the lawsuit is in this jurisdiction.
16     MR. RUTLEDGE:
17     Okay.
18 EXAMINATION BY MR. RUTLEDGE:
19     Q. Dr. Feldman, could you state your name
20 for the record?
21     A. My name is Arnold E. Feldman, M.D.
22     Q. Can I have your business address?
23     A. I have two business addresses. This
24 one in Baton Rouge is 505 East Airport Avenue,
25 Baton Rouge, Louisiana 70806. And I have an

**6**

1  office where I see patients in Natchez,
2  Mississippi at 114 Jefferson Davis Boulevard.
3      Q. Dr. Feldman, prior to the deposition I
4  was provided with a copy of your Curriculum
5  Vitae.
6      Is this a current copy of your
7  Curriculum Vitae?
8      A. Yes, it is.
9      Q. I'm just going to walk through it with
10 you real quickly.
11     A. Okay.
12     Q. It's my understanding you graduated
13 from Colgate University?
14     A. That is correct.
15     MR. WAGNER:
16     If it will save time, Counsel, we'd be
17 willing to stipulate this Doctor is an expert
18 in the field of anesthesiology and pain
19 management.
20     MR. RUTLEDGE:
21     Let's do that. We'll attach the CV as
22 Exhibit 1.
23 BY MR. RUTLEDGE:
24     Q. I have a copy of some records which
25 relate to the treatment of Hunter Priest.

**7**

1  (Exhibit No. 2)
2      Do you believe that to be a complete
3  copy of your records related to the treatment
4  of Hunter Priest?
5      MR. WAGNER:
6      Let me go ahead and interpose an
7  objection for the record. Counsel has provided
8  me with a copy of the set of documents that
9  Dr. Feldman is now reviewing. The first four
10 pages of those documents consisting of a letter
11 dated August 12th, 2004, a printed form
12 following it, and two bills have not been
13 previously produced.
14     To the extent that any offering is
15 made with respect to the documents that have
16 not been previously produced or any testimony
17 regarding the same, we would object.
18     THE WITNESS:
19     I believe that these are true and
20 correct copies of my records. There may be
21 some other records which may not be in this
22 pile, which I'd be happy to provide for you if
23 you need them.
24 BY MR. RUTLEDGE:
25     Q. Do you know what those records would --

**8**

1      A. It may be these. I think I have seen
2  -- maybe I've seen this patient in both
3  offices. This office has a computerized
4  medical record system, and the other is a paper
5  system.
6      But these are true and correct copies
7  of at least some of the records.
8      Q. So there are possibly records in your
9  Natchez office?
10     A. I have my Natchez chart here, and these
11 (indicating) come from the Baton Rouge. But
12 now, to confuse the issue more, now both
13 offices are linked. So there may be some
14 duplicates. Linked meaning computerized.
15 There's no more paper records.
16     Q. According to your records, when did you
17 first see Mr. Priest?
18     A. I believe it was in April of 2004.
19     Q. Does April 12th, 2004 sound correct?
20     A. I think that is correct.
21     Q. Was he referred to your office?
22     A. I believe by a Dr. McGraw, David
23 McGraw.
24     Q. Why did Dr. McGraw refer Mr. Priest to
25 your office?

**ARNOLD E. FELDMAN, M.D.**                                    **NOVEMBER 30, 2004**

---

**9**

1    MR. WAGNER:
2        Object to the question as calling for
3    speculation.
4        THE WITNESS:
5        For treatment of his back pain.
6    BY MR. RUTLEDGE:
7        Q. Do you recall Mr. Priest's appearance
8    in your office that day?
9        A. Not specifically. I remember what he
10   looks like, but I don't remember what he was
11   wearing.
12       Q. Do you remember what he complained of
13   during that first visit?
14       A. Let me look at my records for a moment.
15   4/12/04 referred by Dr. McGraw. Patient states
16   he had a herniated disc at L5-S1. He stated he
17   was hurt on the job. According to my records
18   it was 11 of '02. Working on a riverboat.
19       Stated that he had bent over, had
20   difficulty standing up. He had lifted some
21   2-by-12 boards and strained his back at that
22   time. Back pain has been worse ever since.
23   Those are his words.
24       So essentially he complained of back
25   pain.

---

**10**

1        Q. Was he on any medications when he saw
2    you?
3        A. At the time he saw me he was on
4    Vicoprofen, which is a pain reliever and
5    anti-inflammatory medication.
6        Q. Do you know who prescribed the
7    Vicoprofen?
8        A. I believe, and I'm just guessing,
9    Dr. McGraw.
10       Q. Do you know how long he had been taking
11   it?
12       A. I don't. But he was taking three to
13   four per day. In addition, he was on Elavil 50
14   milligrams daily.
15       Q. Did you refill either of those
16   prescriptions?
17       A. I did on that day refill the
18   Vicoprofen.
19       Q. Are you aware if Mr. Priest was taking
20   any other medications?
21       A. Not according to these records.
22       Q. Did you conduct a physical examination
23   of Mr. Priest?
24       A. Yes.
25       Q. What did that physical examination

---

**11**

1    consist of?
2        A. Essentially negative, other than
3    self-report of pain; and examination of the
4    lower extremities showed that he was areflexic,
5    meaning could not elicit reflexes.
6        I also reviewed his MRI reports on
7    that date.
8        Q. What did his MRI show?
9        A. His MRI report showed, I believe, L5-S1
10   disc herniation. Here's the report here dated
11   11/19/02. Ordered by Dr. David McGraw.
12       Showed an L4-5 circumferential bulging
13   disc. L5-S1 the bottom of the lumbar disc
14   showed a central bulge, which showed according
15   to the radiologist, a central disc herniation.
16       And the conclusion was that he had 4-5
17   disc bulge and a central disc herniation at
18   L5-S1.
19       Q. Is an MRI objective evidence of a
20   herniated lumbar disc?
21       A. Yes.
22       Q. Did you order any tests for Mr. Priest?
23       A. At that time I felt that the
24   appropriate treatment was to perform a lumbar
25   epidural injection. That's not a test, but

---

**12**

1    it's a procedure.
2        Q. Did you perform the lumbar epidural
3    injection?
4        A. I believe I did on two separate
5    occasions June 21st and subsequently on July
6    19th of 2004.
7        Q. Can you describe the procedure?
8    Describe what a lumbar epidural injection is?
9        A. Basically, first of all, the philosophy
10   behind an epidural injection, quickly,
11   herniated discs and degenerative discs have two
12   problems associated with them regarding the
13   patient, meaning the cause of pain. Number
14   one, mechanical deformation of nerves; and
15   number two, inflammatory processes that occur
16   causing inflammation and sensitization of
17   sensory nerves causing back pain.
18       Therefore the purpose of an epidural
19   injection is to instill or inject
20   anti-inflammatory medication which will reduce
21   the inflammatory component of the pain and
22   allow the body to heal and many times the
23   patient will heal. Meaning the herniated disc
24   will cease to be painful. Although usually it
25   will not disappear in terms of if you repeat

---

**13**

1  the MRI later.
2      On this particular patient, we
3  performed two epidural injections. I believe,
4  they were temporarily effective. They gave him
5  short-term pain relief.
6      Q. That was true for both epidurals?
7      A. Yes. June 21st and approximately one
8  month later on July 19th.
9      Q. When you saw Mr. Priest on June 21st,
10 what was your diagnosis of Mr. Priest on that
11 date?
12     A. A herniated lumbar disc and lumbosacral
13 spondylosis. That just means degenerative disc
14 disease, degenerative condition of the lumbar
15 spine.
16     Q. It is my understanding this was not
17 diagnosed during your April 12th, 2004
18 examination?
19     A. If you remember, he had told that he
20 had a herniated disc by his report. However, I
21 felt that -- I have a certain method of taking
22 care of back pain. It's conservative measures
23 meaning rest, pain relief, epidural injections,
24 surgery if not effective. So we were in the
25 epidural injection stage.

**14**

1      Q. Did you order any tests for Mr. Priest?
2      A. No. We performed two epidural
3  injections, and then I felt that if he did not
4  get good relief, and I believe I made note of
5  this in my second note, that he got relief
6  within five minutes after the injection at
7  L5-S1.
8       And therefore, I felt that if his pain
9  -- the plan was to see him back in follow-up.
10 And if his pain was still a problem, then he
11 may be a candidate for a discectomy. Meaning
12 removal of the herniated disc at L5-S1.
13     Q. Maybe you can help clear something up
14 for me. A minute ago you were talking about
15 with the epidural injection, you were
16 describing with back pain there's two things.
17 You were treating an inflammation and a
18 mechanical?
19     A. Correct. Meaning if you have a very,
20 very large herniated disc that's pressing on a
21 nerve that passes on top of it, then it's very
22 difficult to alleviate that pain because of the
23 pressure on top of it.
24      But there also is an inflammatory
25 compound, meaning many times the patient will

**15**

1  say, I bent over and I felt something pop and
2  six hours later my back was killing me. Well,
3  inflammation ensued. Just like if you hit your
4  thumb with a hammer you have an initial pain
5  and then it swells and gets inflamed and it
6  throbs and hurts. Same thing happens with a
7  herniated disc.
8       So many times people have chronic
9  inflammation because they have a torn disc or a
10 damaged disc and it causes a chronic
11 inflammatory process. If you can relieve that,
12 many times the patients will get relief from
13 their pain.
14      So I felt, that especially somebody
15 20-something years old, he was a young man,
16 that it would be best to try to treat it
17 conservatively. I consider epidurals
18 conservative treatment. And if not, then you
19 go to the next level, which I think is a
20 discectomy, a minimally invasive discectomy.
21     Q. Dr. Feldman, are you familiar with the
22 term palliative treatment and curative
23 treatment?
24     A. Yes.
25     Q. What does curative treatment mean to

**16**

1  you?
2      A. Well, curative treatment means you
3  remove the inciting cause. You have an
4  appendectomy, you take the appendix out, you're
5  essentially cured.
6       Same thing with a herniated disc. You
7  remove the herniation, you're essentially
8  cured. The only difference is, you have to
9  remember, if you think about what we do in
10 medicine, we don't cure too many things. We
11 treat a lot of things. It just so happens when
12 you take an appendix out, you don't really need
13 your appendix, so you're cured.
14      It turns out when you take a disc out,
15 you might cure the patient in terms of you
16 relieve the pain, they're able to function,
17 they're able to do what they wanted to do. But
18 you're not able to -- you cannot release the
19 disc present day, you can't restore that disc
20 to what it was before. So we can cure the pain
21 sometimes, but we cannot make the disc exactly
22 the way it was before.
23     Q. Would an epidural injection be a
24 curative treatment?
25     A. Sometimes. It's 50/50. Sometimes the

ARNOLD E. FELDMAN, M.D.                                    NOVEMBER 30, 2004

**17**

1    pain will just go away and does not come back.
2        Q. Would you consider the epidurals you
3    gave Hunter Priest a curative treatment?
4        A. No.
5        Q. Why not?
6        A. Because his pain returned.
7        Q. If the pain had not returned, would
8    they have been curative treatments?
9        A. Curative to the extent that his pain
10   was not a problem. Not curative to the extent
11   that if we rescanned him, that that herniation
12   would still be there.
13       Q. So it's not curative because they
14   didn't work?
15       A. Correct. That's probably true. Except
16   remember this, we cannot restore a damaged disc
17   to what it was before. It's not possible.
18       So if you herniate a disc, as I have
19   herniated my disc and I got better, as maybe
20   this patient can get better. You have to
21   respect what's left. You have to respect
22   what's still in your spine and what you can do
23   in the future.
24       Q. Again, according to your records,
25   Mr. Priest related two activities. It said he

**18**

1    bent over while picking up some trash and he
2    strained his back while lifting some splash
3    boards on a rack.
4        A. I have 2-by-12's, if that's the same
5    thing.
6        Q. Can you say within a reasonable degree
7    of medical certainty which activity would have
8    caused his herniated disc?
9        A. Well, assuming -- first of all, I
10   assume, and I don't have any reference to the
11   contrary, that this guy did not have a history
12   of prior back problems. I don't have any
13   reference to that. I assume that lifting --
14   lifting, meaning a load on the spine,
15   increasing the intradiscal pressure is usually
16   the mechanism behind the disc herniation.
17   Meaning lifting heavy boards, straining your
18   back. That is most likely the cause.
19       Q. Is there a difference -- returning back
20   to your records I believe your June 21st, 2004
21   treatment, I note that you had gave Hunter a
22   facet injection?
23       A. Correct.
24       Q. What is a facet injection?
25       A. The facet joints are the joints on the

**19**

1    sides of the spine where one spinal vertebral
2    segment joins to another. In most times when
3    you have disc dysfunction you also get facet
4    dysfunction. Because the facet joints change
5    in their geometry as related to one another
6    when you have a disc problem.
7        So usually patients that have disc
8    mediated pain will also have facet mediated
9    pain. I make it a habit when injecting to also
10   inject the facet joint. Because in order to
11   inject the disc, you have to go right by the
12   facet joint anyway. So I usually put a little
13   bit of cortisone at the facet joint.
14       Q. So it's separate from the epidural
15   injection procedure?
16       A. Right. But I do it with the same
17   needle injection. So basically you treat two
18   problems with one injection.
19       Q. When was the last time you saw Hunter
20   Priest?
21       A. The injection was July 19th. I believe
22   it was either that last visit, or I may have
23   seen -- that's the last visit I have notated,
24   July 19th. If you have some records to the
25   contrary, I don't see them.

**20**

1        Q. The last record that I have is July
2    19th.
3        A. I believe that that may be it. And I
4    believe just to add one note, I think I said to
5    Lauren, who does the precertification, Try to
6    get him approved for a discogram and
7    discectomy. I think we were unable to get that
8    done.
9        Q. It's my understanding you're
10   recommending him for an endoscopic discectomy?
11       A. Correct.
12       Q. What is an endoscopic discectomy?
13       A. Traditionally, when you have a --
14       MR. WAGNER:
15       Doctor, with apologies to you, I'm
16   going to make a continuing objection here to
17   the testimony, regarding that those reports
18   were not previously provided. I apologize for
19   interrupting you, Doctor.
20       THE WITNESS:
21       Traditionally when you take a disc
22   out, at least the way we've done it since the
23   1930s is, we make an incision in the back,
24   usually the mid-line a small -- incisions are
25   very small these days. You spread a little

KAY E. DONNELLY & ASSOCIATES                               Page 17 to Page 20

**ARNOLD E. FELDMAN, M.D.**                                     **NOVEMBER 30, 2004**

---

**21**

1  muscle tissue, take a little bone out, you move
2  the nerve aside, and you pull out a herniated
3  disc.
4       I don't do that kind of surgery. I do
5  what's called a minimally invasive discectomy.
6  Meaning you go through the side, through an
7  endoscope, as you think of knee surgery these
8  days through an arthroscope.
9       You take the herniated disc out
10  through a 4 millimeter or 5 millimeter incision
11  and you use a probe and a laser and you
12  basically vaporize the herniated disc.
13  Basically it's a nice way to take a herniated
14  disc out especially in somebody that's young,
15  that has a long way to go. You take out the
16  herniated disc without disrupting a lot of the
17  normal tissue.
18       I feel that this patient was a
19  candidate for that, and still think that might
20  be a good option for him.
21  BY MR. RUTLEDGE:
22       Q. Can you tell me approximately how much
23  an endoscopic discectomy costs?
24       A. About $25,000.
25       Q. Again, just to kind of clarify some of

---

**22**

1  the testimony, it's my understanding you feel
2  the MRI showed objectively that Mr. Priest had
3  sustained an injury?
4       A. Yes.
5       Q. You believe this injury would be
6  consistent with an overhead lifting-type
7  strain?
8       A. Yes.
9       Q. I'm going to take just a few minutes
10  and flip through here. I think I'm probably
11  done. Mr. Wagner might have some questions.
12       MR. WAGNER:
13       Do you want to look through it before
14  I start?
15       MR. RUTLEDGE:
16       Yes, let me flip through real quick.
17  BY MR. RUTLEDGE:
18       Q. Dr. Feldman, who generates -- again,
19  I'm referring to the records here --
20  Established Patient Assessment Forms?
21       A. These are generated at the time of a
22  visit. But if you remember since that time I
23  went to a computerized medical record systems.
24  We don't have that. They all look like
25  (indicating) this now.

---

**23**

1       Q. Can we get a copy of those?
2       A. Sure. Just to add one thing, I do have
3  a note here from August. We had said July
4  19th. I think my last note here says August
5  3rd. But you're both more than welcome to have
6  a copy of it.
7       MR. WAGNER:
8       I'm sorry, I didn't hear what you
9  said.
10       THE WITNESS:
11       I found a note dated August 3rd. That
12  probably would have been his last visit.
13       MR. WAGNER:
14       I don't have that record either.
15       MR. RUTLEDGE:
16       I don't have that.
17       THE WITNESS:
18       I'll certainly provide that for you.
19  BY MR. RUTLEDGE:
20       Q. What's noted on August 3rd?
21       A. Basically the patient came for
22  follow-up and under Chief Complaint what the
23  patient stated, Dr. Feldman wanted to do
24  another type of procedure on him. Because the
25  epidural steroid injections have not worked.

---

**24**

1  The procedure is an endoscopic discectomy.
2  What we mentioned earlier.
3       Basically just a review of his basic
4  medical history and then on that date we had
5  prescribed some medication for him. We put him
6  on a Fentanyl Patch, which is for chronic pain;
7  and Vicoprofen as needed for breakthrough pain.
8       And that -- here's another visit, I'm
9  sorry, September 7th. Still waiting for
10  approval for endoscopic procedure. And then it
11  said here, The patient had a second opinion by
12  a pain specialist in Baton Rouge, who said the
13  procedure should not be done.
14       Now, if that's the case, I don't know
15  anything about that.
16       Q. Does it say who this pain specialist in
17  Baton Rouge was?
18       A. But now has to go to have a third
19  opinion from Dr. Martin Langston.
20       I don't have any of those notes. So I
21  don't know who would have sent him there.
22       Q. Are epidural injections generally
23  painful?
24       A. Mild to moderate. Depending on who is
25  doing it. Of course mine are never painful.

---

ARNOLD E. FELDMAN, M.D.                                     NOVEMBER 30, 2004

25

1        MR. WAGNER:
2        Yours are what?
3        THE WITNESS:
4        Mine are never painful.
5   BY MR. RUTLEDGE:
6        Q. Would you mind if I flip through your
7   notes real quick?
8        A. No.
9        Q. Can we get copies of these?
10       A. Yes. There's some other notes here,
11  which like I said, I'm just finding that we
12  have from the computer, which we'll get you
13  both a copy of, which basically say the same
14  thing.
15       Except I don't have -- if indeed he
16  went to those other doctors, I don't have any
17  records of those.
18       MR. RUTLEDGE:
19       I'm going to tender the witness.
20       MR. WAGNER:
21       Off the record.
22       (Off-the-record Discussion.)
23  EXAMINATION BY MR. WAGNER:
24       Q. Doctor, my name is Tom Wagner. I'm an
25  attorney representing SeaRiver Maritime,

26

1   Incorporated, the company being sued by
2   Mr. Priest.
3        I have a few questions. I'll try not
4   to duplicate. And like most lawyers, I sit
5   behind a desk and I don't know much medicine.
6   If I ask anything that doesn't make sense or
7   needs to be straightened out, please don't
8   hesitate to straighten me out or ask me to
9   repeat it or rephrase it. Okay?
10       A. Yes, sir.
11       Q. First of all, a little bit of
12  procedure. This first visit the April 12th,
13  2004, which has at the top of it something
14  called History and Physical Examination.
15       What I have is handwritten. Is that
16  your handwriting?
17       A. That's probably either the nurse or the
18  nurse practitioner.
19       Q. So the information that is on there was
20  not gathered by you firsthand.
21       A. Well, I'm usually in the room; but they
22  make the notations.
23       Q. Was it gathered by you that day, or was
24  it gathered by the nurse practitioner?
25       A. I cannot recall.

27

1        Q. I don't see anywhere that it's signed
2   by you. Would you typically sign these?
3        A. No.
4        Q. If you were there, present?
5        A. No. I mean I was there, but I never
6   sign these. It's not just done. They're not
7   dictated, so I don't sign them.
8        Q. Now, you refer to an MRI that was done?
9        A. That's correct.
10       Q. Did you review the actual MRI film?
11       A. I don't think I did on that day, but I
12  have seen it.
13       Q. Do you have a record of your review of
14  that film, what you found when you --
15       A. I review them at the time when I do my
16  procedures. So in the operating room, they're
17  put on the view box.
18       Q. The MRIs?
19       A. The actual films. Then they go back to
20  the MRI unit.
21       Q. The provider who did those?
22       A. Correct.
23       Q. Did you agree with the findings of the
24  MRI?
25       A. Yes.

28

1        Q. I'm sorry, the comments of the
2   radiologist?
3        A. Yes.
4        Q. Now, in determining causation as to
5   what is the mechanism that produces an injury,
6   what do you as a physician, a pain specialist,
7   use to make that determination? Do you just,
8   for example, in this case you were talking
9   about the lifting mechanism can be a cause of a
10  herniated disc?
11       A. Correct.
12       Q. You just base it on statistics that
13  that's more often the cause than something like
14  bending over? For example, can bending over
15  cause a herniated disc?
16       A. Well, the answer to your question, is
17  yes and yes. Statistically, when you look at
18  the facts, if a patient comes in and says I
19  have a herniated disc in my back, I'd say
20  statistically it's -- you have a 78 percent
21  chance of it being either L4-5 or L5-S1 without
22  an MRI scan. That's the way it is.
23       Statistically speaking, what causes a
24  disc -- if you look at a disc, if you have ever
25  seen a Porterhouse steak, often you will get a

KAY E. DONNELLY & ASSOCIATES                              Page 25 to Page 28

29

1    piece of disc with it. There's a very thick
2    ring around the disc, which in a man this age
3    is a substantial structure, and a gelatinous
4    center called the nucleus pulposus. And to
5    tear or damage the anulus of the disc, which is
6    about 10 to 20 layers of collagen thick -- it's
7    a lamellated structure -- a substantial load
8    has to be imparted to the spine, which causes
9    increase in the intradiscal pressure. That can
10    be complicated by a torquing motion. Meaning
11    something that's tearing at the fibers.
12        It would not be -- in the absence of a
13    preexisting injury, which I could not speak of
14    because I have no preexisting records of this
15    patient, it would not be a common mechanism to
16    injure a disc by bending down to pick up a
17    piece of paper, whatever it was.
18        Q. It does happen, though; doesn't it?
19        A. It could.
20        Q. But I mean there's a lot of medical
21    treatises reporting ruptured discs evolving or
22    happening after very minimal trauma, like
23    sneezing or picking up or bending over; it's
24    possible?
25        A. But I'm just saying statistically, as I

30

1    said, the L4-5 disc and the L5-S1 disc are the
2    most commonly damaged discs or ruptured discs.
3    Statistically a lifting, and I think this
4    involved lifting and falling, would be more
5    likely to be causing it.
6        Q. And how do we determine that
7    statistically?
8        A. You mean for this particular case?
9        Q. No. You're saying statistically, go to
10    the books. It's more likely to -- how do you
11    know what is the cause? Is it based on history
12    that's reported?
13        A. Studies have been done, cadaver
14    studies, were pressure transducers were put
15    into spines of cadavers in various positions of
16    bending, extending, pressure, and failure. I
17    think they would probably show that the axial
18    load, meaning the load on the spine in a
19    vertical direction, would be more likely to
20    cause disc disruption.
21        Q. We do, as physicians and people
22    determining causation, rely substantially as
23    well on the history the patient purports; is
24    that right?
25        A. That is correct.

31

1        Q. And if an individual has had no history
2    of back pain ever and is bending over to do
3    something even trivial and thereafter he has
4    back pain that restricts him from doing
5    anything for an hour, that activity can often
6    be inferred to be the cause; is that right?
7        A. It could be.
8        Q. In this individual's case, we have
9    something called degenerative disc disease;
10    don't we?
11        A. We have that finding on the MRI scan.
12        Q. In November of 2002?
13        A. Correct.
14        Q. That's approximately 20 days after the
15    accident?
16        A. That is correct.
17        Q. That disease existed long before that
18    accident; didn't it?
19        A. Well, it really is not possible to say
20    without a previous study. Meaning did this
21    patient have a herniated disc prior and it got
22    worse from this accident. There's no way to
23    say, all you can say is that the pathology is
24    in front of you, and the patient reports that
25    he got worse after his episode in the boat.

32

1        So in answer to your question, I
2    couldn't tell you specifically whether that
3    disease was there without some predated
4    studies.
5        Q. But there's a difference between
6    degenerative disc disease is there not and a
7    herniated disc? The disease is a condition
8    which takes a long duration to develop and show
9    signs; does it not?
10        A. Well, I think that the term
11    "degenerative disc disease" is more or less
12    used generically for the finding on an MRI
13    scan, which shows a disc with a different
14    structure. Meaning an MRI is such a sensitive
15    test, that I'm not sure and you're better off
16    to ask Dr. Partington, who is the radiologist
17    or a radiologist.
18        I'm not sure that the term
19    "degenerative disc disease" really is not a
20    misnomer and really helps you in terms of
21    temporal relationships. I think you can damage
22    a disc, and an MRI is so sensitive it could
23    show changes the next day.
24        So in answer to your question, I'm not
25    sure you could say from that.

33

1    Q. You saw the reference in the MRI to
2 quite a bit of anterior osteophytes formation?
3    A. Correct.
4    Q. Isn't that a development on the
5 vertebrae that takes literally years to
6 develop? That couldn't have been caused by
7 this accident 20 days earlier; could it?
8    A. At least months.
9    Q. And "quite a bit" would suggest that
10 this has been there for quite some time?
11    A. Which disc was that?
12    Q. That was on the L4-5 an anterior
13 formation. This is showing us a process inside
14 of this individual that is chronic and long
15 standing; does it not?
16    A. At least at L4-5.
17    Q. And you yourself in your diagnosis
18 refer to -- was that spondylolysis?
19    A. Spondylosis.
20    Q. And I think you said that that was
21 degenerative disc disease?
22    A. Correct.
23    Q. Now, have you actually reviewed the
24 records of Dr. McGraw?
25    A. I don't have any records from David.

34

1    Q. Have you reviewed the records of
2 Dr. Langston?
3    A. No.
4    Q. You're aware he saw those physicians
5 for quite some time?
6    A. Correct.
7    Q. You're aware he had some physical
8 therapy?
9    A. Yes.
10    Q. What is your understanding of his pain
11 from the time of the accident forward until he
12 saw you? Had he improved, stayed the same, or
13 gotten worse?
14    A. As I recall pretty much stayed the
15 same.
16    Q. I thought you had said in that first
17 section that it continually got even worse?
18    A. If I did I don't have that noted. I
19 believe it got better after my epidural
20 injection, but only for a short time.
21    Q. What was his occupation at the time you
22 saw him?
23    A. As I recall a deckhand, I think.
24    Q. Wasn't he working as a carpenter at the
25 time you saw him?

35

1    A. I don't recall.
2    Q. Did he report having any difficulty
3 doing his work as either a deckhand or a
4 carpenter at the time you saw him?
5    A. I don't think he was working at the
6 time I saw him.
7    Q. Have you ever rendered a disability
8 rating or anything with respect to him?
9    A. No.
10    Q. Would you disagree with Dr. McGraw's
11 findings that he evidenced changes consistent
12 with degenerative disc disease?
13    A. No.
14    Q. Do you have any information which
15 reflects that he actually improved
16 substantially as a result of physical therapy
17 and with that?
18    A. I don't have any of those records.
19    Q. Would that be surprising to you?
20    A. I think physical therapy for this
21 particular illness is sometimes a helpful
22 adjunct that gives the patient some benefit.
23 Meaning some relief while healing takes place,
24 if there is to be healing.
25    I don't think the physical therapy

36

1 itself does anything for the underlying
2 condition.
3    Q. I'm referring to some other records and
4 some findings and impressions of others. I'd
5 like to find out whether these are consistent
6 with what you observed.
7    Able to flex his back without
8 difficulty and no limitation in motion.
9    Is that consistent with what you
10 observed?
11    A. I believe he had reasonably good
12 forward flexion.
13    Q. And something called straight leg
14 raising and Patrick's test were negative.
15    Is that consistent with what you
16 observed?
17    A. Yes.
18    Q. And no limitation in the leg raising
19 and no hip pain?
20    A. I had noted that he had pain in the low
21 back and leg pain on the left, on my first
22 visit.
23    Q. No loss of musculature. What does that
24 mean?
25    A. Meaning if you look or examine the

ARNOLD E. FELDMAN, M.D.                                    NOVEMBER 30, 2004

37

1    girth or the circumference of the thigh or the
2    calf, they appeared symmetrical.
3        Q. Now in the instance of this MRI, it
4    does refer to no nerve root impingement; is
5    that correct?
6        A. That's Dr. Partington, yes.
7        Q. Is that what you agree with?
8        A. I agree with the fact that the MRI is
9    the MRI. The MRI is just a picture.
10       Q. Right. Well, you looked at the
11   picture.
12       A. What I'm saying is, you have to
13   understand, if you remember what I said
14   earlier, there is mechanical deformation.
15   Meaning impingement and there's chemical
16   irritation. That does not show on an MRI scan.
17       Q. So you agree that there was no
18   mechanical deformation of the nerve?
19       A. Well, no. If you look back, he says,
20   Ventral flattening of the thecal sac.
21       First of all, what is this thecal sac?
22   That's where the nerves are, in a little sac
23   called the thecal sac, surrounded by spinal
24   fluid. Ventral flattening means that the disc
25   is bulging enough to cause a visible flattening

38

1    of the -- called an equina meaning the nerves
2    in the lumbar spine.
3        So I think what he means when he says
4    nerve root compromise, if you look at the MRI
5    scan in cross section, you can see the exiting
6    nerve root and you can also see the disc.
7        Now in that particular section, you
8    may not see the disc touching the nerve root;
9    but if you also look in this report and it
10   said, Disc material extends inferiorly behind
11   S1 very slightly. So the disc material and the
12   S1 nerve root were in close proximity. That in
13   itself is an abnormal finding. Whether or not
14   that is clinically relevant, probably would
15   depend on the results of a test that I
16   requested to do, that we have never done,
17   called a discogram.
18       You have to remember an MRI is a
19   picture. It doesn't tell you anything
20   clinical.
21       Q. Going back to some of the other
22   observations made, deep tendon reflexes equal
23   and symmetrical, negative Babinski sign
24   bilaterally.
25       I gather that you had observed some

39

1    areflexic?
2        A. I could not get reflexes. Sometimes if
3    the patient is tense from the pain, you just
4    can't elicit reflexes. I didn't pay much
5    attention to that.
6        Q. If you do have nerve root impingement
7    compromise pushing on the cauda equina, you
8    expect to have some positive signs in these
9    areas somewhere; don't you?
10       A. You may. Meaning if a nerve is
11   compromised enough, you'll lose the reflex; but
12   that's not always the case.
13       Q. When you have good range of motion and
14   you have no loss of reflexes and you have no
15   musculature, you're getting an indication that
16   the nerves are not involved; are you not?
17       A. You're getting an indication that the
18   nerves are still functioning. But you have to
19   remember there's many people walking around
20   with degenerative disc disease, bulging discs,
21   herniated discs that have perfectly normal
22   neurologic function and yet have a lot of back
23   pain.
24       So what I'm saying is, I don't think
25   at this point you can -- if the patient is

40

1    still hurting and the patient has these
2    findings, the next logical step would be to
3    perform a discogram, which I believe is the
4    standard in order to determine whether a disc
5    which is bulging causing ventral flattening of
6    the thecal sac but is not ruptured is indeed
7    clinically relevant.
8        Q. A discogram is actually inserting a
9    needle into the disc itself?
10       A. That's correct.
11       Q. Are you proposing inserting a needle
12   into this already damaged disc?
13       A. The needle itself doesn't cause any
14   damage. And then you inject some dye and
15   pressurize the disc from the inside. A normal
16   disc will not cause severe pain. A
17   degenerative or herniated or torn damaged disc,
18   you'll see two things. You may see the dye
19   leak out into the epidural space, which will
20   confirm the fact that there probably are
21   chemical irritation; and number two, you may
22   reproduce the patient's pain. Meaning the
23   patient will go, Oh, oh, oh, that's my pain,
24   which means that disc is a pain generator.
25   Meaning not only is it an abnormal looking

ARNOLD E. FELDMAN, M.D.                                        NOVEMBER 30, 2004

**41**

1  disc, but it is a causative factor.
2      Q. There is a school of medical thought
3  that believes, is there not, that discograms
4  can be damaging to the disc and to the patient?
5      A. Well, a discogram is actually an
6  interesting test. It was the only test,
7  meaning that it was probably first done in the
8  '40s and '50s, before we had MRI scans and CAT
9  scans and things like that.
10      It turns out that the discogram has
11  become rediscovered because we have many
12  patients where we have abnormal looking MRI
13  scans and yet we're trying to determine which
14  disc, if you have more than one which looks
15  abnormal, which disc is the one that we need to
16  focus on. Because sometimes it's not all of
17  them that look abnormal. So I would say that
18  the discogram is now considered a standard
19  test. It's really a very important test.
20      Q. Well, am I wrong that there are two
21  schools of thought, that there is a group of
22  orthopedists and neurosurgeons who believe that
23  discograms can be damaging and dangerous? Is
24  that right or wrong?
25      A. I don't know any of them. But I'm sure

**42**

1  there may be some.
2      Q. Were you aware as of February 17th of
3  2003, which I guess is about three months or
4  three and a half months after this incident,
5  that it was concluded that he had back and leg
6  discomfort, which was manageable without
7  medication; that he had a full range of motion
8  without pain; and no muscle weakness?
9      A. I don't have those records.
10      Q. Do you find those findings surprising
11  or unusual?
12      A. I know I find them to be what they are.
13  I don't have those records. All I know is he
14  came from a doctor to me who felt it was
15  necessary to prescribe some analgesics for the
16  patient. I have not.
17      Q. Have you discussed this proposed
18  procedure with either Dr. McGraw or
19  Dr. Langston?
20      A. No.
21      Q. Now, Mr. Rutledge provided me with a
22  copy of that August 12th letter. I don't see
23  who it is addressed to. Who was that sent to?
24      A. May I see it?
25      Q. I do see there's a fax number at the

**43**

1  top, and that's obviously the second page of
2  the fax.
3      Can you tell me who that was faxed to?
4      A. I have to ask Lauren, the lady's name
5  at the bottom, because she's the one who did
6  that.
7      Q. It wouldn't show in your records?
8      A. I don't have this in my record.
9      Q. That's not part of your medical
10  records?
11      A. What I mean is, I don't have it in my
12  charts. Like I said, this is clerical. I'm
13  not privy to that.
14      Q. She would be able to advise us as to
15  this?
16      A. Yes. Lauren Maestas.
17      Q. If the patient Mr. Priest bent over to
18  pull out a trash bag and felt an onset of
19  low-back pain that prevented him from
20  essentially straightening up and causing him a
21  lot of pain for about an hour, are you able
22  to -- and subsequently when he first sees the
23  physician, he reports only that he felt an
24  onset of back pain, which never occurred
25  before, while bending over to pick up a trash

**44**

1  bag, are you able to rule out that as a cause,
2  as the cause of his pain?
3      A. Am I able to rule that out?
4      Q. Rule that out as a matter of medical
5  certainty as a cause of back pain which he
6  reported to the doctor?
7      A. If he reported that that was the cause
8  of his pain, I don't see how I could rule it
9  out.
10      Q. Particularly if he didn't mention any
11  other mechanism creating an onset or a renewal
12  of that pain?
13      A. In answer to your question, yes.
14  However, if you remember when I saw him, he
15  related that he was lifting 2-by-12s in April
16  of 2004.
17      Q. He did also relate that. Let's go back
18  to that reference if you would please?
19      A. (Witness complying.)
20      Q. The first comment, am I right is, hurt
21  on the job 11/2002, bent over to pick up empty
22  trash bag, couldn't stand; is that correct?
23      A. That's what it says. But then on the
24  next line it says --
25      Q. Lifted 2-by-12.

**45**

1    A. -- pulling out of rack and strained
2  back worse and worse ever since.
3    Q. Worse ever since?
4    A. Correct.
5    Q. Basically his pain had not -- he
6  reported to you, his pain has been worse ever
7  since that?
8    A. That is correct.
9    Q. What success rate have you had with
10 your recommended procedure?
11   A. How do you measure success?
12   Q. Individual's ability to return to what
13 he was doing before.
14   A. 75 to 80 percent.
15   Q. Is that what you would forecast for
16 this individual?
17   A. Well, I'm not sure what his intended
18 vocation would be. I mean, the reason I can
19 tell you with authority about the surgery is
20 I've had this surgery myself; and if you pick
21 your patients properly and you do the discogram
22 first and it's positive, then you have a very
23 high success rate. Meaning you're removing the
24 cause of the patient's pain; you have a six to
25 eight week period of recovery, meaning light

**46**

1  activity; and the patient should be able to
2  return to normal activity.
3        So I would say for this particular
4  patient, being young and not having any other
5  serious medical problems, not having had prior
6  back surgery, not being narcotic dependent,
7  that he has a good chance of returning to his
8  premorbid state.
9    Q. Other than the examination on April
10 12th, what else did you do on that date?
11   A. That's all and the medication
12 prescription.
13   Q. I see this reference and a handwritten
14 note in the record that Mr. Priest's Counsel
15 provided me. And if you would review and read
16 the physical findings there?
17   A. The epidural really hurt while he was
18 doing it. Please let doctor know so that
19 doesn't happen again.
20   Q. Were you informed of that so that you
21 were more careful the next time? You seem to
22 be smiling, Doctor.
23   A. Remember I told you earlier, my
24 epidurals never hurt. Yes, I remember that. I
25 think I sedated him more the second time.

**47**

1    Q. Doctor, if we could take a break and
2  let me look at your records real quick?
3    A. Sure.
4      (Off the Record)
5      MR. WAGNER:
6      Go back on the record.
7  BY MR. WAGNER:
8    Q. I do see a second MRI report there that
9  I think was taken while you were -- while he
10 was under your care.
11      Would you take a look at that and let
12 me ask whether that's --
13   A. Where is it?
14   Q. Right near the bottom of one of those.
15 I thought it was on the right side.
16   A. (Witness complying.) I don't have it.
17 I don't see it.
18   Q. I'll find it for you. I guess my
19 question is, is that second one consistent with
20 observations of the first?
21   A. Basically, yes, consistent. He did not
22 use the word "herniation." He used disc
23 bulging. Many radiologists use different
24 terminology. To some herniation is a ruptured
25 anulus with a distruded piece of nerve disc.

**48**

1  To some, a bulging anulus is a contained
2  herniation. So his partner called it a
3  herniation. He called it a bulge.
4    Q. Otherwise you consider the two reports
5  consistent?
6    A. Yes.
7    Q. And again I believe, I am correct, that
8  that one also does not find or observe any
9  nerve root impingement?
10   A. He doesn't really make mention of it.
11   Q. Maybe I misread it.
12   A. Desiccation with minimal disc bulging
13 -- yeah, without stenosis or impingement,
14 correct.
15   Q. For identification purposes if I could
16 have these later records (Exhibit 3) attached.
17   A. Actually, if you want those, that's in
18 my computer. You can have those and we can
19 make you a copy.
20   Q. If I could have a copy of the second
21 MRI attached as well. (Exhibit 4) I don't
22 know that that's in your computer records.
23   A. Let me make a quick copy.
24      (Off the Record)
25      MR. WAGNER:

49

1        That's all I have, Doctor, thank you

2    for your time.

3        MR. RUTLEDGE:

4        That's all I have.

5        (Deposition concluded at or about 5:57

6    p.m.)

7
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

50

1                 C E R T I F I C A T E

2        This certification is valid only for a

3    transcript accompanied by my original signature

4    and original blue seal on this page.

5        I, KATHRYN L. KOVACEVICH, Certified Court

6    Reporter, Registered Professional Reporter, in

7    and for the State of Louisiana, as the officer

8    before whom this testimony was taken, do hereby

9    certify that ARNOLD E. FELDMAN, M.D., after

10   having been duly sworn by me upon authority of

11   R.S. 37:2554, did testify as hereinbefore set

12   forth in the foregoing forty-nine (49) pages;

13       That this testimony was reported by me in

14   the stenotype reporting method, was prepared

15   and transcribed by me or under my personal

16   direction and supervision, and is a true and

17   correct transcript to the best of my ability

18   and understanding;

19       That I am not related to counsel or to the

20   parties herein, nor am I otherwise interested

21   in the outcome of this matter.

22

23       _____
         KATHRYN L. KOVACEVICH
24       Certified Court Reporter
         Registered Professional Reporter
25       State of Louisiana
         Certificate No. 22001

# KEYWORD INDEX - ARNOLD E. FELDMAN, M.D.

NOVEMBER 30, 2004

## $

**$25,000**
[1] 21:24

## '

**'02**
[1] 9:18
**'40s**
[1] 41:8
**'50s**
[1] 41:8

## 0

**03-701-B-M1**
[1] 1:9

## 1

**1**
[3] 2:5 2:20 6:22
**10**
[1] 29:6
**11**
[1] 9:18
**11/19/02**
[1] 11:11
**11/2002**
[1] 44:21
**114**
[1] 6:2
**12th**
[6] 7:11 8:19 13:17 26:12 42:22 46:10
**17th**
[1] 42:2
**1930s**
[1] 20:23
**19th**
[6] 12:6 13:8 19:21 19:24 20:2 23:4

## 2

**2**
[2] 2:21 7:1
**2-by-12**
[2] 9:21 44:25
**2-by-12's**
[1] 18:4
**2-by-12s**
[1] 44:15
**20**
[3] 29:6 31:14 33:7
**20-something**
[1] 15:15
**2002**
[1] 31:12
**2003**
[1] 42:3
**2004**
[9] 1:22 7:11 8:18 8:19 12:6 13:17 18:20 26:13 44:16
**21st**
[4] 12:5 13:7 13:9 18:20
**22001**
[1] 50:25
**25**
[1] 2:12
**2660**
[1] 3:11

## 3

**3**
[3] 2:6 2:22 48:16

**30**
[1] 1:22
**3010**
[1] 35
**37:2554**
[1] 50:11
**3838**
[1] 35
**3rd**
[3] 23:5 23:4 12:3 20

## 4

**4**
[4] 27:2 23:21 30:4 8:21
**4-5**
[1] 11:16
**4/12/04**
[1] 9:15
**48**
[2] 2:22 2:23
**49**
[1] 50:12
**4-53**
[1] 123

## 5

**5**
[2] 21:12 1:10
**50**
[2] 21:6 10:13
**50/50**
[1] 16:25
**505**
[3] 12:4 52:25:24
**5:57**
[1] 49:5

## 6

**6**
[1] 230
**650**
[1] 3:11

## 7

**7**
[1] 221
**70002**
[1] 36
**70130-6105**
[1] 3:12
**70806**
[3] 12:25 53:525
**75**
[1] 45:14
**78**
[1] 28:20
**7th**
[1] 24:9

## 8

**80**
[1] 45:14

## —

[1] 50:23

## A

**Ability**
[2] 45:12 50:17
**Able**
[9] 16:16 16:17 16:18 36:7 43:14 43:21 44:1 44:3 46:1

**Abnormal**
[5] 38:13 40:25 41:12 41:15 41:17
**Absence**
[1] 29:12
**Accident**
[5] 31:15 31:18 31:22 33:7 34:11
**Accompanied**
[1] 50:3
**Accordance**
[2] 4:7 4:13
**According**
[5] 8:16 9:17 10:21 11:14 17:24
**ACTION**
[1] 1:9
**Activities**
[1] 17:25
**Activity**
[4] 18:7 31:5 46:1 46:2
**Actual**
[2] 27:10 27:19
**Add**
[2] 20:4 23:2
**Addition**
[1] 10:13
**Additional**
[1] 2:22
**Address**
[1] 5:22
**Addressed**
[1] 42:23
**Addresses**
[1] 5:23
**Adjunct**
[1] 35:22
**Administering**
[1] 4:19
**Advise**
[1] 43:14
**Age**
[1] 29:2
**Ago**
[1] 14:14
**Agree**
[6] 5:9 5:12 27:23 37:7 37:8 37:17
**Agreed**
[1] 4:3
**Agreement**
[1] 2:7
**Ahead**
[1] 7:6
**Airport**
[3] 1:24 5:2 5:24
**Alleviate**
[1] 14:22
**Allow**
[1] 12:22
**Analgesics**
[1] 42:15
**Anesthesiology**
[1] 6:18
**Answer**
[4] 28:16 32:1 32:24 44:13
**Anterior**
[2] 33:2 33:12
**Anti-inflammatory**
[2] 10:5 12:20
**Anulus**
[3] 29:5 47:25 48:1
**Anyway**
[1] 19:12
**Apologies**
[1] 20:15
**Apologize**
[1] 20:18

**Appearance**
[1] 9:7
**Appearances**
[2] 2:6 3:1
**Appeared**
[1] 37:2
**Appendectomy**
[1] 16:4
**Appendix**
[3] 16:4 16:12 16:13
**Appropriate**
[1] 11:24
**Approval**
[1] 24:10
**Approved**
[1] 20:6
**April**
[6] 8:18 8:19 13:17 26:12 44:15 46:9
**Areas**
[1] 39:9
**Areflexic**
[2] 11:4 39:1
**Arnold**
[5] 1:21 4:4 5:1 5:21 50:9
**Arthroscope**
[1] 21:8
**Aside**
[1] 21:2
**Assessment**
[1] 22:20
**Associated**
[1] 12:12
**Assume**
[2] 18:10 18:13
**Assuming**
[1] 18:9
**Attach**
[1] 6:21
**Attached**
[2] 48:16 48:21
**Attention**
[1] 39:5
**Attorney**
[1] 25:25
**Attorneys**
[2] 3:4 3:10
**August**
[6] 7:11 23:3 23:4 23:11 23:20 42:22
**Authority**
[2] 45:19 50:10
**Avenue**
[3] 1:24 5:2 5:24
**Aware**
[4] 10:19 34:4 34:7 42:2
**Axial**
[1] 30:17

## B

**Babinski**
[1] 38:23
**Bag**
[3] 43:18 44:1 44:22
**BAGOT**
[3] 3:10
**Base**
[1] 28:12
**Based**
[1] 30:11
**Basic**
[1] 24:3
**Baton**
[9] 1:24 1:25 5:2 5:3 5:24 5:25 8:

# KEYWORD INDEX - ARNOLD E. FELDMAN, M.D.

**Become**
[1] 41:11
**Behind**
[4] 12:10 18:16 26:5 38:10
**Believes**
[1] 41:3
**Bending**
[7] 28:14 28:14 29:16 29:23 30:16 31:2 43:25
**Benefit**
[1] 35:22
**Bent**
[5] 9:19 15:1 18:1 43:17 44:21
**Best**
[2] 15:16 50:17
**Better**
[4] 17:19 17:20 32:15 34:19
**Between**
[2] 4:4 32:5
**Bilaterally**
[1] 38:24
**Bills**
[1] 7:12
**Bit**
[4] 19:13 26:11 33:2 33:9
**Blue**
[1] 50:4
**Boards**
[3] 9:21 18:3 18:17
**Boat**
[1] 31:25
**Body**
[1] 12:22
**Bone**
[1] 21:1
**Books**
[1] 30:10
**Bottom**
[3] 11:13 43:5 47:14
**Boulevard**
[2] 3:5 6:2
**Box**
[1] 27:17
**Break**
[1] 47:1
**Breakthrough**
[1] 24:7
**Bulge**
[3] 11:14 11:17 48:3
**Bulging**
[7] 11:12 37:25 39:20 40:5 47:23 48:1 48:12
**Business**
[2] 5:22 5:23

## C

**Cadaver**
[1] 30:13
**Cadavers**
[1] 30:15
**Calf**
[1] 37:2
**Candidate**
[2] 14:11 21:19
**Cannot**
[4] 16:18 16:21 17:16 26:25
**Caption**
[1] 2:5
**Care**
[2] 13:22 47:10
**Careful**
[1] 46:21
**Carpenter**

**Case**
[5] 24:14 28:8 30:8 31:8 39:12
**CAT**
[1] 41:8
**Cauda**
[1] 39:7
**Causation**
[2] 28:4 30:22
**Causative**
[1] 41:1
**Caused**
[2] 18:8 33:6
**Causes**
[3] 15:10 28:23 29:8
**Causeway**
[1] 3:5
**Causing**
[5] 12:16 12:17 30:5 40:5 43:20
**Cease**
[1] 12:24
**Center**
[3] 1:24 5:22 29:4
**Central**
[3] 11:14 11:15 11:17
**Certain**
[1] 13:21
**Certainly**
[1] 23:18
**Certainty**
[2] 18:7 44:5
**Certificate**
[2] 2:16 50:25
**Certification**
[2] 4:9 50:2
**Certified**
[3] 3:24 4:16 50:5 50:24
**Certify**
[1] 50:9
**Chance**
[2] 28:21 46:7
**Change**
[1] 19:4
**Changes**
[2] 32:23 35:11
**Chart**
[1] 8:10
**Charts**
[1] 43:12
**Chemical**
[2] 37:15 40:21
**Chief**
[1] 23:22
**Chronic**
[4] 15:8 15:10 24:6 33:14
**Circumference**
[1] 37:1
**Circumferential**
[1] 11:12
**Civil**
[4] 1:9 4:6 4:13 5:10
**Clarify**
[1] 21:25
**Clear**
[1] 14:13
**Clerical**
[1] 43:12
**Clinical**
[1] 38:20
**Clinically**
[2] 38:14 40:7
**Close**
[1] 38:12
**Colgate**

**Collagen**
[1] 6:13
**Collagen**
[1] 29:6
**Commencing**
[1] 1:22
**Comment**
[1] 44:20
**Comments**
[1] 28:1
**Common**
[1] 29:15
**Commonly**
[1] 30:2
**Company**
[1] 26:1
**Complained**
[2] 9:12 9:24
**Complaint**
[1] 23:22
**Complete**
[1] 7:2
**Complicated**
[1] 29:10
**Complying**
[2] 44:19 47:16
**Component**
[1] 12:21
**Compound**
[1] 14:25
**Compromise**
[2] 38:4 39:7
**Compromised**
[1] 39:11
**Computer**
[3] 25:12 48:18 48:22
**Computerized**
[3] 8:3 8:14 22:23
**Concluded**
[2] 42:5 49:5
**Conclusion**
[1] 11:16
**Condition**
[3] 13:14 32:7 36:2
**Conduct**
[1] 10:22
**Confirm**
[1] 40:20
**Confuse**
[1] 8:12
**Conservative**
[2] 13:22 15:18
**Conservatively**
[1] 15:17
**Consider**
[3] 15:17 17:2 48:4
**Considered**
[1] 41:18
**Consist**
[1] 11:1
**Consistent**
[8] 22:6 35:11 36:5 36:9 36:15 47:19 47:21 48:5
**Consisting**
[1] 7:10
**Contained**
[1] 48:1
**Continually**
[1] 34:17
**Continuing**
[1] 20:16
**Contrary**
[2] 18:11 19:25
**Copies**
[3] 7:20 8:6 25:9

**Copy**
[12] 6:4 6:6 6:24 7:3 7:8 23:1 23:6 25:13 42:22 48:19 48:20 48:23
**Correct**
[26] 6:14 7:20 8:6 8:19 8:20 14:19 17:15 18:23 20:11 27:9 27:22 28:11 30:25 31:13 31:16 33:3 33:22 34:6 37:5 40:10 44:22 45:4 45:8 48:7 48:14 50:17
**Cortisone**
[1] 19:13
**Costs**
[1] 21:23
**Counsel**
[6] 2:7 4:4 6:16 7:7 46:14 50:19
**Course**
[1] 24:25
**Court**
[5] 1:2 3:24 4:16 50:5 50:24
**Creating**
[1] 44:11
**Cross**
[1] 38:5
**Curative**
[9] 15:22 15:25 16:2 16:24 17:3 17:8 17:9 17:10 17:13
**Cure**
[3] 16:10 16:15 16:20
**Cured**
[3] 16:5 16:8 16:13
**Current**
[1] 6:6
**Curriculum**
[2] 6:4 6:7
**CV**
[2] 2:20 6:21

## D

**Daily**
[1] 10:14
**Damage**
[3] 29:5 32:21 40:14
**Damaged**
[5] 15:10 17:16 30:2 40:12 40:17
**Damaging**
[2] 41:4 41:23
**Dangerous**
[1] 41:23
**Date**
[4] 11:7 13:11 24:4 46:10
**Dated**
[3] 7:11 11:10 23:11
**David**
[3] 8:22 11:11 33:25
**Davis**
[1] 6:2
**Days**
[4] 20:25 21:8 31:14 33:7
**Deckhand**
[2] 34:23 35:3
**Deep**
[1] 38:22
**Defendant**
[2] 1:12 3:9
**Deformation**
[3] 12:14 37:14 37:18
**Degenerative**
[11] 12:11 13:13 13:14 31:9 32:6 32:11 32:19 33:21 35:12 39:20 40:17
**Degree**
[1] 18:6
**Dependent**
[1] 46:6
**Deposition**

**Describe**
[5] 1:21 4:4 5:7 6:3 49:5
**Describing**
[2] 12:7 12:8
**Describing**
[1] 14:16
**Desiccation**
[1] 48:12
**Desk**
[1] 26:5
**Determination**
[1] 28:7
**Determine**
[3] 30:6 40:4 41:13
**Determining**
[2] 28:4 30:22
**Develop**
[2] 32:8 33:6
**Development**
[1] 33:4
**Diagnosed**
[1] 13:17
**Diagnosis**
[2] 13:10 33:17
**Dictated**
[1] 27:7
**Difference**
[3] 16:8 18:19 32:5
**Different**
[2] 32:13 47:23
**Difficult**
[1] 14:22
**Difficulty**
[3] 9:20 35:2 36:8
**Direction**
[2] 30:19 50:16
**Disability**
[1] 35:7
**Disagree**
[1] 35:10
**Disappear**
[1] 12:25
**Disc**
[80] 9:16 11:10 11:13 11:13 11:15
11:17 11:17 11:20 12:23 13:12 13:
13 13:20 14:12 14:20 15:7 15:9 15:
17:16 17:18 17:19 18:8 18:16 19:3
19:6 19:7 19:11 20:21 21:3 21:9
21:12 21:14 21:16 22:10 28:15 28:
19 28:24 28:24 29:1 29:2 29:5 29:
16 30:1 30:1 30:20 31:9 31:21 32:
6 32:7 32:11 32:13 32:19 32:22 33:
11 33:21 35:12 37:24 38:6 38:8 38:
10 38:11 39:20 40:4 40:9 40:12 40:
15 40:16 40:17 40:24 41:1 41:4 41:
14 41:15 47:22 47:25 48:12
**Discectomy**
[9] 14:11 15:20 15:20 20:7 20:10
20:12 21:5 21:23 24:1
**Discogram**
[8] 20:6 38:17 40:3 40:8 41:5 41:
10 41:18 45:21
**Discograms**
[2] 41:3 41:23
**Discomfort**
[1] 42:6
**Discovery**
[2] 4:11 5:13
**Discs**
[7] 12:11 12:11 29:21 30:2 30:2
39:20 39:21
**Discussed**
[1] 42:17
**Discussion**
[1] 25:22
**Disease**
[11] 13:14 31:9 31:17 32:3 32:6

32:7 32:11 32:19 33:21 35:12 39:
20
**Disrupting**
[1] 21:16
**Disruption**
[1] 30:20
**DISTRICT**
[2] 1:2 1:3
**Distruded**
[1] 47:25
**Doctor**
[10] 6:17 20:15 20:19 25:24 42:14
44:6 46:18 46:22 47:1 49:1
**Doctors**
[1] 25:16
**Documents**
[3] 7:8 7:10 7:15
**Done**
[9] 20:8 20:22 22:11 24:13 27:6
27:8 30:13 38:16 41:7
**DORNAN**
[1] 3:4
**Down**
[1] 29:16
**Dr**
[19] 5:19 6:3 7:9 8:22 8:24 9:15
10:9 11:11 15:21 22:18 23:23 24:
19 32:16 33:24 34:2 35:10 37:6 42:
18 42:19
**Duly**
[2] 5:4 50:10
**Duplicate**
[1] 26:4
**Duplicates**
[1] 8:14
**Duration**
[1] 32:8
**During**
[2] 9:13 13:17
**Dye**
[2] 40:14 40:18
**Dysfunction**
[2] 19:3 19:4

---

**E**

**East**
[1] 1:24 5:2 5:24
**Effective**
[2] 13:4 13:24
**Eight**
[1] 45:25
**Either**
[7] 10:15 19:22 23:14 26:17 28:21
35:3 42:18
**Elavil**
[1] 10:13
**Elicit**
[2] 11:5 39:4
**Empty**
[1] 44:21
**Endoscope**
[1] 21:7
**Endoscopic**
[5] 20:10 20:12 21:23 24:1 24:10
**Ensued**
[1] 15:3
**Epidural**
[17] 11:25 12:2 12:8 12:10 12:18
13:3 13:23 13:25 14:2 14:15 16:23
19:14 23:25 24:22 34:19 40:19 46:
17
**Epidurals**
[4] 13:6 15:17 17:2 46:24
**Episode**
[1] 31:25
**Equal**

32:7 32:11 32:19 33:21 35:12 39:
20
**Equina**
[1] 38:22
**Especially**
[2] 38:1 39:7
**Essentially**
[2] 15:14 21:14
**Established**
[5] 9:24 11:2 16:5 16:7 43:20
**Established**
[1] 22:20
**Evidence**
[1] 11:19
**Evidenced**
[1] 35:11
**Evolving**
[1] 29:21
**Exactly**
[1] 16:21
**Examination**
[2] 2:9 5:18 10:22 10:25 11:3 13:
18 25:23 26:14 46:9
**Examine**
[1] 36:25
**Example**
[2] 28:8 28:14
**Except**
[2] 17:15 25:15
**Exhibit**
[8] 2:20 2:21 2:22 2:23 6:22 7:1
48:16 48:21
**EXHIBITS**
[1] 2:19
**Existed**
[1] 31:17
**Exiting**
[1] 38:5
**Expect**
[1] 39:8
**Expert**
[1] 6:17
**Extending**
[1] 30:16
**Extends**
[1] 38:10
**Extent**
[3] 7:14 17:9 17:10
**Extremities**
[1] 11:4

---

**F**

**Facet**
[9] 18:22 18:24 18:25 19:3 19:4
19:8 19:10 19:12 19:13
**Fact**
[2] 37:8 40:20
**Factor**
[1] 41:1
**Facts**
[1] 28:18
**Failure**
[1] 30:16
**Falling**
[1] 30:4
**Familiar**
[1] 15:21
**Fax**
[2] 42:25 43:2
**Faxed**
[1] 43:3
**February**
[1] 42:2
**Federal**
[3] 4:6 4:13 5:10
**Feldman**
[11] 1:21 4:5 5:1 5:19 5:21 6:3 7:9

**Felt**
[9] 11:23 13:21 14:3 14:8 15:1 15:
14 42:14 43:18 43:23
**Fentanyl**
[1] 24:6
**Few**
[2] 22:9 26:3
**Fibers**
[1] 29:11
**Field**
[1] 6:18
**Film**
[2] 27:10 27:14
**Films**
[1] 27:19
**Findings**
[6] 27:23 35:11 36:4 40:2 42:10
46:16
**First**
[16] 5:4 7:9 8:17 9:13 12:9 18:9
26:11 26:12 34:16 36:21 37:21 41:
7 43:22 44:20 45:22 47:20
**Firsthand**
[1] 26:20
**Five**
[1] 14:6
**Flattening**
[4] 37:20 37:24 37:25 40:5
**Flex**
[1] 36:7
**Flexion**
[1] 36:12
**Flip**
[3] 22:10 22:16 25:6
**Fluid**
[1] 37:24
**Focus**
[1] 41:16
**Follow**
[1] 14:9
**Follow-up**
[2] 14:9 23:22
**Following**
[1] 7:12
**Follows**
[1] 5:5
**Forecast**
[1] 45:15
**Foregoing**
[1] 50:12
**Form**
[1] 7:11
**Formalities**
[1] 4:8
**Formation**
[2] 33:2 33:13
**Forms**
[1] 22:20
**Forth**
[1] 50:12
**Forty-nine**
[1] 50:12
**Forward**
[2] 34:11 36:12
**Four**
[2] 7:9 10:13
**Front**
[1] 31:24
**Full**
[1] 42:7
**Function**
[2] 16:16 39:22
**Functioning**
[1] 39:18

# KEYWORD INDEX - ARNOLD E. FELDMAN, M.D.

**Future**
[1] 17:23

## G

**Gather**
[1] 38:25
**Gathered**
[3] 26:20 26:23 26:24
**Gelatinous**
[1] 29:3
**Generally**
[1] 24:22
**Generated**
[1] 22:21
**Generates**
[1] 22:18
**Generator**
[1] 40:24
**Generically**
[1] 32:12
**Geometry**
[1] 19:5
**Girth**
[1] 37:1
**Graduated**
[1] 6:12
**Group**
[1] 41:21
**Guess**
[2] 42:3 47:18
**Guessing**
[1] 10:8
**Guy**
[1] 18:11

## H

**Habit**
[1] 19:9
**Half**
[1] 42:4
**Hammer**
[1] 15:4
**Handwriting**
[1] 26:16
**Handwritten**
[2] 26:15 46:13
**Happy**
[1] 7:22
**HARRY**
[1] 1:9
**Heal**
[2] 12:22 12:23
**Healing**
[2] 35:23 35:24
**Hear**
[1] 23:8
**Heavy**
[1] 18:17
**Help**
[1] 14:13
**Helpful**
[1] 35:21
**Helps**
[1] 32:20
**Hereby**
[3] 4:5 4:9 50:8
**Herein**
[1] 50:20
**Hereinbefore**
[1] 50:11
**Herniate**
[1] 17:18
**Herniated**

[24] 9:16 11:20 12:11 12:23 13:12 13:20 14:12 14:20 15:7 16:6 17:19 18:8 21:2 21:9 21:12 21:13 21:16 28:10 28:15 28:19 31:21 32:7 39:21 40:17
**Herniation**
[10] 11:10 11:15 11:17 16:7 17:11 18:16 47:22 47:24 48:2 48:3
**Hesitate**
[1] 26:8
**High**
[1] 45:23
**Hip**
[1] 36:19
**History**
[6] 18:11 24:4 26:14 30:11 30:23 31:1
**Hit**
[1] 15:3
**Hour**
[2] 31:5 43:21
**Hours**
[1] 15:2
**Hunter**
[5] 6:25 7:4 17:3 18:21 19:19
**Hurt**
[4] 9:17 44:20 46:17 46:24
**Hurting**
[1] 40:1
**Hurts**
[1] 15:6

## I

**Identification**
[1] 48:15
**Illness**
[1] 35:21
**Imparted**
[1] 29:8
**Impingement**
[5] 37:4 37:15 39:6 48:9 48:13
**Important**
[1] 41:19
**Impressions**
[1] 36:4
**Improved**
[2] 34:12 35:15
**INC**
[1] 1:11
**Incident**
[1] 42:4
**Incision**
[2] 20:23 21:10
**Incisions**
[1] 20:24
**Inciting**
[1] 16:3
**Incorporated**
[1] 26:1
**Increase**
[1] 29:9
**Increasing**
[1] 18:15
**Indeed**
[2] 25:15 40:6
**Indicating**
[2] 8:11 22:25
**Indication**
[2] 39:15 39:17
**Individual**
[3] 31:1 33:14 45:16
**Individual's**
[2] 31:8 45:12
**Inferiorly**
[1] 38:10

**Inferred**
[1] 31:6
**Inflamed**
[1] 15:5
**Inflammation**
[4] 12:16 14:17 15:3 15:9
**Inflammatory**
[4] 12:15 12:21 14:24 15:11
**Information**
[2] 26:19 35:14
**Informed**
[1] 46:20
**Initial**
[1] 15:4
**Inject**
[4] 12:19 19:10 19:11 40:14
**Injecting**
[1] 19:9
**Injection**
[16] 11:25 12:3 12:8 12:10 12:19 13:25 14:6 14:15 16:23 18:22 18:24 19:15 19:17 19:18 19:21 34:20
**Injections**
[5] 13:3 13:23 14:3 23:25 24:22
**Injure**
[1] 29:16
**Injury**
[4] 22:3 22:5 28:5 29:13
**Inserting**
[2] 40:8 40:11
**Inside**
[2] 33:13 40:15
**Instance**
[1] 37:3
**Instill**
[1] 12:19
**Intended**
[1] 45:17
**Interested**
[1] 50:20
**Interesting**
[1] 41:6
**Interpose**
[1] 7:6
**Interrupting**
[1] 20:19
**Intradiscal**
[2] 18:15 29:9
**Invasive**
[2] 15:20 21:5
**Involved**
[2] 30:4 39:16
**Irritation**
[2] 37:16 40:21
**Issue**
[1] 8:12
**Itself**
[4] 36:1 38:13 40:9 40:13
**IV**
[1] 1:9

## J

**Jefferson**
[1] 6:2
**Job**
[2] 9:17 44:21
**Joins**
[1] 19:2
**Joint**
[3] 19:10 19:12 19:13
**Joints**
[3] 18:25 18:25 19:4
**July**
[6] 12:5 13:8 19:21 19:24 20:1 23:

**Inferred**
**3**
**June**
[4] 12:5 13:7 13:9 18:20
**Jurisdiction**
[1] 5:15

## K

**KATHRYN**
[4] 3:23 4:16 50:5 50:23
**Killing**
[1] 15:2
**Kind**
[2] 21:4 21:25
**Knee**
[1] 21:7
**KOCH**
[1] 3:4
**KOVACEVICH**
[4] 3:23 4:16 50:5 50:23

## L

**L4-5**
[5] 11:12 28:21 30:1 33:12 33:16
**L5-S1**
[8] 9:16 11:9 11:13 11:18 14:7 14:12 28:21 30:1
**Lady's**
[1] 43:4
**Lamellated**
[1] 29:7
**Langston**
[3] 24:19 34:2 42:19
**Large**
[1] 14:20
**Laser**
[1] 21:11
**Last**
[6] 19:19 19:22 19:23 20:1 23:4 23:12
**Lauren**
[3] 20:5 43:4 43:16
**Law**
[2] 3:4 3:10
**Lawsuit**
[1] 5:15
**Lawyers**
[1] 26:4
**Layers**
[1] 29:6
**Leak**
[1] 40:19
**Least**
[4] 8:7 20:22 33:8 33:16
**Left**
[2] 17:21 36:21
**Leg**
[4] 36:13 36:18 36:21 42:5
**Less**
[1] 32:11
**Letter**
[2] 7:10 42:22
**Level**
[1] 15:19
**Lifted**
[2] 9:20 44:25
**Lifting**
[9] 18:2 18:13 18:14 18:17 22:6 28:9 30:3 30:4 44:15
**Lifting-type**
[1] 22:6
**Light**
[1] 45:25
**Likely**
[4] 18:18 30:5 30:10 30:19

**Limitation**
[2] 36:8 36:18
**Line**
[2] 20:24 44:24
**Linked**
[2] 8:13 8:14
**Literally**
[1] 33:5
**LLC**
[1] 3:4
**LLP**
[1] 3:10
**Load**
[4] 18:14 29:7 30:18 30:18
**Logical**
[1] 40:2
**Look**
[12] 9:14 22:13 22:24 28:17 28:24 36:25 37:19 38:4 38:9 41:17 47:2 47:11
**Looked**
[1] 37:10
**Looking**
[2] 40:25 41:12
**Looks**
[2] 9:10 41:14
**Lose**
[1] 39:11
**Loss**
[2] 36:23 39:14
**Louisiana**
[10] 1:3 1:25 3:6 3:12 3:25 4:18 5: 5 5:25 50:7 50:25
**Low**
[1] 36:20
**Low-back**
[1] 43:19
**Lower**
[1] 11:4
**Lumbar**
[8] 11:13 11:20 11:24 12:2 12:8 13:12 13:14 38:2
**Lumbosacral**
[1] 13:12

**M**

**M.D.**
[2] 4:5 5:21
**Maestas**
[1] 43:16
**Man**
[2] 15:15 29:2
**Manageable**
[1] 42:6
**Management**
[1] 6:19
**Maritime**
[2] 1:11 25:25
**Martin**
[1] 24:19
**Material**
[3] 4:11 38:10 38:11
**Matter**
[2] 44:4 50:21
**McGraw**
[8] 8:22 8:23 8:24 9:15 10:9 11:11 33:24 42:18
**McGraw's**
[1] 35:10
**MD**
[3] 1:21 5:1 50:9
**Mean**
[7] 15:25 27:5 29:20 30:8 36:24 43:11 45:18
**Meaning**

[25] 8:14 11:5 12:13 12:23 13:23 14:11 14:19 14:25 18:14 18:17 21: 6 29:10 30:18 31:20 32:14 35:23 36:25 37:15 38:1 39:10 40:22 40: 25 41:7 45:23 45:25
**Means**
[5] 13:13 16:2 37:24 38:3 40:24
**Measure**
[1] 45:11
**Measures**
[1] 13:22
**Mechanical**
[4] 12:14 14:18 37:14 37:18
**Mechanism**
[5] 18:16 28:5 28:9 29:15 44:11
**Mediated**
[2] 19:8 19:8
**Medical**
[9] 8:4 18:7 22:23 24:4 29:20 41:2 43:9 44:4 46:5
**Medication**
[5] 10:5 12:20 24:5 42:7 46:11
**Medications**
[2] 10:1 10:20
**Medicine**
[2] 16:10 26:5
**Mention**
[2] 44:10 48:10
**Mentioned**
[1] 24:2
**Metairie**
[1] 3:6
**Method**
[2] 13:21 50:14
**MICHAEL**
[2] 2:11 3:7
**Mid**
[1] 20:24
**Mid-line**
[1] 20:24
**MIDDLE**
[1] 1:3
**Might**
[3] 16:15 21:19 22:11
**Mild**
[1] 24:24
**Milligrams**
[1] 10:14
**Millimeter**
[2] 21:10 21:10
**Mind**
[1] 25:6
**Mine**
[2] 24:25 25:4
**Minimal**
[2] 29:22 48:12
**Minimally**
[1] 15:20 21:5
**Minute**
[1] 14:14
**Minutes**
[2] 14:6 22:9
**Misnomer**
[1] 32:20
**Misread**
[1] 48:11
**Mississippi**
[1] 6:2
**Moderate**
[1] 24:24
**Moment**
[1] 9:14
**Month**
[1] 13:8
**Months**

[3] 33:8 42:3 42:4
**Most**
[4] 18:18 19:2 26:4 30:2
**Motion**
[4] 29:10 36:8 39:13 42:7
**Move**
[1] 21:1
**MRI**
[28] 2:23 11:6 11:8 11:9 11:19 13: 1 22:2 27:8 27:10 27:20 27:24 28: 22 31:11 32:12 32:14 32:22 33:1 37:3 37:8 37:9 37:9 37:16 38:4 38: 18 41:8 41:12 47:8 48:21
**MRIs**
[1] 27:18
**Muscle**
[2] 21:1 42:8
**Musculature**
[2] 36:23 39:15

**N**

**Name**
[4] 5:19 5:21 25:24 43:4
**Narcotic**
[1] 46:6
**Natchez**
[3] 6:1 8:9 8:10
**Near**
[1] 47:14
**Necessary**
[1] 42:15
**Need**
[3] 7:23 16:12 41:15
**Needed**
[1] 24:7
**Needle**
[4] 19:7 40:9 40:11 40:13
**Needs**
[1] 26:7
**Negative**
[3] 11:2 36:14 38:23
**Nerve**
[12] 14:21 21:2 37:4 37:18 38:4 38:6 38:8 38:12 39:6 39:10 47:25 48:9
**Nerves**
[6] 12:14 12:17 37:22 38:1 39:16 39:18
**Neurologic**
[1] 39:22
**Neurosurgeons**
[1] 41:22
**Never**
[6] 24:25 25:4 27:5 38:16 43:24 46:24
**New**
[1] 3:12
**Next**
[5] 15:19 32:23 40:2 44:24 46:21
**Nice**
[1] 21:13
**Normal**
[4] 21:17 39:21 40:15 46:2
**North**
[1] 3:5
**Notated**
[1] 19:23
**Notations**
[1] 26:22
**Note**
[8] 14:4 14:5 18:21 20:4 23:3 23:4 23:11 46:14
**Noted**
[3] 23:20 34:18 36:20
**Notes**

[3] 24:20 25:7 25:10
**Notice**
[1] 5:8
**November**
[2] 1:22 31:12
**Nucleus**
[1] 29:4
**Number**
[4] 12:13 12:15 40:21 42:25
**Nurse**
[3] 26:17 26:18 26:24

**O**

**Oath**
[2] 4:19 9:2
**Object**
[2] 7:17 9:2
**Objection**
[2] 7:7 20:16
**Objections**
[1] 4:12
**Objective**
[1] 11:19
**Objectively**
[1] 22:2
**Observations**
[2] 38:22 47:20
**Observe**
[1] 48:8
**Observed**
[4] 36:6 36:10 36:16 38:25
**Obviously**
[1] 43:1
**Occasions**
[1] 12:5
**Occupation**
[1] 34:21
**Occur**
[1] 12:15
**Occurred**
[1] 43:24
**Off-the-record**
[1] 25:22
**Offering**
[1] 7:14
**Office**
[6] 6:1 8:3 8:9 8:21 8:25 9:8
**Officer**
[1] 50:7
**Offices**
[3] 1:23 8:3 8:13
**Officiated**
[1] 4:18
**Often**
[3] 28:13 28:25 31:5
**Old**
[1] 15:15
**One**
[14] 5:24 12:14 13:7 19:1 19:5 19: 18 20:4 23:2 41:14 41:15 43:5 47: 14 47:19 48:8
**Onset**
[3] 43:18 43:24 44:11
**Operating**
[1] 27:16
**Opinion**
[2] 24:11 24:19
**Option**
[1] 21:20
**Order**
[4] 11:22 14:1 19:10 40:4
**Ordered**
[1] 11:11
**Original**

[3] 4:11 50:3 50:4
Orleans
[1] 3:12
Orthopedists
[1] 41:22
Osteophytes
[1] 33:2
Otherwise
[2] 48:4 50:20
Outcome
[1] 50:21
Overhead
[1] 22:6

**P**

Page
[3] 2:3 43:1 50:4
Pages
[2] 7:10 50:12
Pain
[56] 1:23 5:1 6:18 9:5 9:22 9:25
10:4 11:3 12:13 12:17 12:21 13:5
13:22 13:23 14:8 14:10 14:16 14:
22 15:4 15:13 16:16 16:20 17:1 17:
6 17:7 17:9 19:8 19:9 24:6 24:7
24:12 24:16 28:6 31:2 31:4 34:10
36:19 36:20 36:21 39:3 39:23 40:
16 40:22 40:23 40:24 42:8 43:19
43:21 43:24 44:2 44:5 44:8 44:12
45:5 45:6 45:24
Painful
[4] 12:24 24:23 24:25 25:4
PALERMO
[1] 3:4
Palliative
[1] 15:22
Paper
[3] 8:4 8:15 29:17
Part
[1] 43:9
Particular
[5] 13:2 30:8 35:21 38:7 46:3
Particularly
[1] 44:10
Parties
[1] 50:20
Partington
[2] 32:16 37:6
Partner
[1] 48:2
Party
[1] 4:10
Passes
[1] 14:21
Patch
[1] 24:6
Pathology
[1] 31:23
Patient
[28] 8:2 9:15 12:13 12:23 13:2 14:
25 16:15 17:20 21:18 22:20 23:21
23:23 24:11 28:18 29:15 30:23 31:
21 31:24 35:22 39:3 39:25 40:1 40:
23 41:4 42:16 43:17 46:1 46:4
Patient's
[2] 40:22 45:24
Patients
[5] 6:1 15:12 19:7 41:12 45:21
Patrick's
[1] 36:14
Pay
[1] 39:4
People
[3] 15:8 30:21 39:19
Per
[1] 10:13

Percent
[2] 28:20 45:14
Perfectly
[1] 39:21
Perform
[3] 11:24 12:2 40:3
Performed
[2] 13:3 14:2
Period
[1] 45:25
Permissible
[1] 5:12
Permitted
[2] 5:9 5:14
Perpetuation
[1] 5:14
Personal
[1] 50:15
Philosophy
[1] 12:9
Physical
[8] 10:22 10:25 26:14 34:7 35:16
35:20 35:25 46:16
Physician
[2] 28:6 43:23
Physicians
[2] 30:21 34:4
Pick
[4] 29:16 43:25 44:21 45:20
Picking
[2] 18:1 29:23
Picture
[2] 37:9 37:11 38:19
Piece
[3] 29:1 29:17 47:25
Pile
[1] 7:22
Place
[1] 35:23
Plaintiff
[3] 1:9 3:3 5:8
Plan
[1] 14:9
PM
[2] 1:23 49:6
Point
[1] 39:25
Pop
[1] 15:1
Porterhouse
[1] 28:25
Positions
[1] 30:15
Positive
[2] 39:8 45:22
Possible
[3] 17:17 29:24 31:19
Possibly
[1] 8:8
Poydras
[1] 3:11
Practitioner
[2] 26:18 26:24
Precertification
[1] 20:5
Predated
[1] 32:3
Preexisting
[2] 29:13 29:14
Premorbid
[1] 46:8
Prepared
[1] 50:14
Prescribe
[1] 29:7

[1] 42:15
Prescribed
[2] 10:6 24:5
Prescription
[1] 46:12
Prescriptions
[1] 10:16
Present
[2] 16:19 27:4
Pressing
[1] 14:20
Pressure
[5] 14:23 18:15 29:9 30:14 30:16
Pressurize
[1] 40:15
Pretty
[1] 34:14
Prevented
[1] 43:19
Previous
[1] 31:20
Previously
[5] 7:13 7:16 20:18
Priest
[17] 1:9 6:25 7:4 8:17 8:24 10:19
10:23 11:22 13:9 13:10 14:1 17:3
17:25 19:20 22:2 26:2 43:17
Priest's
[2] 9:7 46:14
Printed
[1] 7:11
Privy
[1] 43:13
Probe
[1] 21:11
Problem
[3] 14:10 17:10 19:6
Problems
[4] 12:12 18:12 19:18 46:5
Procedure
[13] 4:6 4:14 5:10 12:1 12:7 19:15
23:24 24:1 24:10 24:13 26:12 42:
18 45:10
Procedures
[1] 27:16
Process
[2] 15:11 33:13
Processes
[1] 12:15
Produced
[2] 7:13 7:16
Produces
[1] 28:5
Professional
[4] 3:24 4:17 50:6 50:24
Properly
[1] 45:21
Proposed
[1] 42:17
Proposing
[1] 40:11
Provide
[2] 7:22 23:18
Provided
[5] 6:4 7:7 20:18 42:21 46:15
Provider
[1] 27:21
Proximity
[1] 38:12
Pull
[2] 21:2 43:18
Pulling
[1] 45:1
Pulposus
[1] 29:4

Purports
[1] 30:23
Purpose
[1] 12:18
Purposes
[2] 5:9 48:15
Pursuant
[1] 5:8
Pushing
[1] 39:7
Put
[4] 19:12 24:5 27:17 30:14

**Q**

Questionable
[1] 5:13
Questions
[2] 22:11 26:3
Quick
[4] 22:16 25:7 47:2 48:23
Quickly
[2] 6:10 12:10
Quite
[4] 33:2 33:9 33:10 34:5

**R**

R.S.
[1] 50:11
Rack
[2] 18:3 45:1
Radiologist
[4] 11:15 28:2 32:16 32:17
Radiologists
[1] 47:23
Raising
[2] 36:14 36:18
Range
[2] 39:13 42:7
Rate
[2] 45:9 45:23
Rating
[1] 35:8
Read
[1] 46:15
Reading
[1] 4:8
Real
[4] 6:10 22:16 25:7 47:2
Really
[7] 16:12 31:19 32:19 32:20 41:19
46:17 48:10
Reason
[1] 45:18
Reasonable
[1] 18:6
Reasonably
[1] 36:11
Recommended
[1] 45:10
Recommending
[1] 20:10
Record
[13] 5:20 7:7 8:4 20:1 22:23 23:14
25:21 27:13 43:8 46:14 47:4 47:6
48:24
Records
[32] 2:21 2:22 6:24 7:3 7:20 7:21
7:25 8:7 8:8 8:15 8:16 9:14 9:17
10:21 17:24 18:20 19:24 22:19 25:
17 29:14 33:24 33:25 34:1 35:18
36:3 42:9 42:13 43:7 43:10 47:2
48:16 48:22
Recovery
[1] 45:25
Rediscovered

**[1] 41:11**
**Reduce**
[1] 12:20
**Refer**
[4] 8:24 27:8 33:18 37:4
**Reference**
[5] 18:10 18:13 33:1 44:18 46:13
**Referred**
[2] 8:21 9:15
**Referring**
[2] 22:19 36:3
**Refill**
[2] 10:15 10:17
**Reflects**
[1] 35:15
**Reflex**
[1] 39:11
**Reflexes**
[5] 11:5 38:22 39:2 39:4 39:14
**Regarding**
[3] 7:17 12:12 20:17
**Registered**
[4] 3:24 4:17 50:6 50:24
**Relate**
[2] 6:25 44:17
**Related**
[5] 7:3 17:25 19:5 44:15 50:19
**Relationships**
[1] 32:21
**Release**
[1] 16:18
**Relevant**
[2] 38:14 40:7
**Relief**
[6] 13:5 13:23 14:4 14:5 15:12 35:23
**Relieve**
[2] 15:11 16:16
**Reliever**
[1] 10:4
**Rely**
[1] 30:22
**Remember**
[13] 9:9 9:10 9:12 13:19 16:9 17:16 22:22 37:13 38:18 39:19 44:14 46:23 46:24
**Removal**
[1] 14:12
**Remove**
[2] 16:3 16:7
**Removing**
[1] 45:23
**Rendered**
[1] 35:7
**Renewal**
[1] 44:11
**Repeat**
[2] 12:25 26:9
**Rephrase**
[1] 26:9
**Report**
[8] 2:23 11:3 11:9 11:10 13:20 35:2 38:9 47:8
**Reported**
[6] 3:23 30:12 44:6 44:7 45:6 50:13
**Reporter**
[8] 3:24 3:24 4:17 4:17 50:6 50:6 50:24 50:24
**Reporting**
[2] 29:21 50:14
**Reports**
[5] 11:6 20:17 31:24 43:23 48:4
**Representing**
[3] 3:3 3:9 25:25

**Reproduce**
[1] 40:22
**Requested**
[1] 38:16
**Rescanned**
[1] 17:11
**Respect**
[4] 7:15 17:21 17:21 35:8
**Responsible**
[1] 4:10
**Rest**
[1] 13:23
**Restore**
[2] 16:19 17:16
**Restricts**
[1] 31:4
**Result**
[1] 35:16
**Results**
[1] 38:15
**Retain**
[1] 4:11
**Return**
[2] 45:12 46:2
**Returned**
[2] 17:6 17:7
**Returning**
[2] 18:19 46:7
**Review**
[5] 24:3 27:10 27:13 27:15 46:15
**Reviewed**
[3] 11:6 33:23 34:1
**Reviewing**
[1] 7:9
**Ring**
[1] 29:2
**Riverboat**
[1] 9:18
**Room**
[2] 26:21 27:16
**Root**
[7] 37:4 38:4 38:6 38:8 38:12 39:6 48:9
**Rouge**
[9] 1:24 1:25 5:2 5:3 5:24 5:25 8:11 24:12 24:17
**Rule**
[4] 44:1 44:3 44:4 44:8
**Rules**
[4] 4:6 4:7 4:13 5:10
**Ruptured**
[4] 29:21 30:2 40:6 47:24
**Rutledge**
[18] 2:11 3:7 5:6 5:16 5:18 6:20 6:23 7:24 9:6 21:21 22:15 22:17 23:15 23:19 25:5 25:18 42:21 49:3

## S

**S1**
[2] 38:11 38:12
**Sac**
[5] 37:20 37:21 37:22 37:23 40:6
**Save**
[1] 6:16
**Saw**
[12] 10:1 10:3 13:9 19:19 33:1 34:4 34:12 34:22 34:25 35:4 35:6 44:14
**Scan**
[5] 28:22 31:11 32:13 37:16 38:5
**Scans**
[3] 41:8 41:9 41:13
**School**
[1] 41:2
**Schools**

**[1] 41:21**
**Seal**
[1] 50:4
**Sealing**
[1] 4:9
**SeaRiver**
[2] 1:11 25:25
**Second**
[8] 2:23 14:5 24:11 43:1 46:25 47:8 47:19 48:20
**Section**
[3] 34:17 38:5 38:7
**Sedated**
[1] 46:25
**See**
[17] 6:1 8:17 14:9 19:25 27:1 38:5 38:6 38:8 40:18 40:18 42:22 42:24 42:25 44:8 46:13 47:8 47:17
**Seem**
[1] 46:21
**Sees**
[1] 43:22
**Segment**
[1] 19:2
**Self**
[1] 11:3
**Self-report**
[1] 11:3
**Sense**
[1] 26:6
**Sensitive**
[2] 32:14 32:22
**Sensitization**
[1] 12:16
**Sensory**
[1] 12:17
**Sent**
[2] 24:21 42:23
**Separate**
[2] 12:4 19:14
**September**
[1] 24:9
**Serious**
[1] 46:5
**Service**
[1] 4:10
**Set**
[2] 7:8 50:11
**Severe**
[1] 40:16
**Shall**
[1] 4:11
**Short**
[2] 13:5 34:20
**Short-term**
[1] 13:5
**Show**
[6] 11:8 30:17 32:8 32:23 37:16 43:7
**Showed**
[6] 11:4 11:9 11:12 11:14 11:14 22:2
**Showing**
[1] 33:13
**Shows**
[1] 32:13
**Side**
[2] 21:6 47:15
**Sides**
[1] 19:1
**Sign**
[2] 27:2 27:6 27:7 38:23
**Signature**
[1] 50:3
**Signed**

**[1] 27:1**
**Signing**
[1] 4:8
**Signs**
[2] 32:9 39:8
**Sit**
[1] 26:4
**Six**
[2] 15:2 45:24
**Slightly**
[1] 38:11
**Small**
[2] 20:24 20:25
**Smiling**
[1] 46:22
**Sneezing**
[1] 29:23
**Sometimes**
[6] 16:21 16:25 16:25 35:21 39:2 41:16
**Somewhere**
[1] 39:9
**Sorry**
[3] 23:8 24:9 28:1
**Sound**
[1] 8:19
**Space**
[1] 40:19
**Speaking**
[1] 28:23
**Specialist**
[3] 24:12 24:16 28:6
**Specifically**
[2] 9:9 32:2
**Speculation**
[1] 9:3
**Spinal**
[2] 19:1 37:23
**Spine**
[7] 13:15 17:22 18:14 19:1 29:8 30:18 38:2
**Spines**
[1] 30:15
**Splash**
[1] 18:2
**Spondylolysis**
[1] 33:18
**Spondylosis**
[2] 13:13 33:19
**Spread**
[1] 20:25
**SPYRIDON**
[1] 3:4
**Stage**
[1] 13:25
**Stand**
[1] 44:22
**Standard**
[2] 40:4 41:18
**Standing**
[2] 9:20 33:15
**Start**
[1] 22:14
**State**
[6] 3:25 4:18 5:19 46:8 50:7 50:25
**States**
[2] 1:2 9:15
**Statistically**
[7] 28:17 28:20 28:23 29:25 30:3 30:7 30:9
**Statistics**
[1] 28:12
**Stayed**
[2] 34:12 34:14
**Steak**

[1] 28:25
**Stenosis**
[1] 48:13
**Stenotype**
[1] 50:14
**Step**
[1] 40:2
**Steroid**
[1] 23:25
**Still**
[7] 14:10 17:12 17:22 21:19 24:9 39:18 40:1
**Stipulate**
[1] 6:17
**Stipulated**
[1] 4:3
**Straight**
[1] 36:13
**Straighten**
[1] 26:8
**Straightened**
[1] 26:7
**Straightening**
[1] 43:20
**Strain**
[1] 22:7
**Strained**
[3] 9:21 18:2 45:1
**Straining**
[1] 18:17
**Street**
[1] 3:11
**Structure**
[3] 29:3 29:7 32:14
**Studies**
[3] 30:13 30:14 32:4
**Study**
[1] 31:20
**Subsequently**
[2] 12:5 43:22
**Substantial**
[2] 29:3 29:7
**Substantially**
[2] 30:22 35:16
**Success**
[3] 45:9 45:11 45:23
**Sued**
[1] 26:1
**Suggest**
[1] 33:9
**Suite**
[2] 3:5 3:11
**Supervision**
[1] 50:16
**Surgery**
[6] 13:24 21:4 21:7 45:19 45:20 46:6
**Surprising**
[2] 35:19 42:10
**Surrounded**
[1] 37:23
**Sustained**
[1] 22:3
**Swells**
[1] 15:5
**Sworn**
[2] 5:4 50:10
**Symmetrical**
[2] 37:2 38:23
**System**
[2] 8:4 8:5
**Systems**
[1] 22:23

**T**

**Tear**
[1] 29:5
**Tearing**
[1] 29:11
**Temporal**
[1] 32:21
**Temporarily**
[1] 13:4
**Tender**
[1] 25:19
**Tendon**
[1] 38:22
**Tense**
[1] 39:3
**Term**
[4] 13:5 15:22 32:10 32:18
**Terminology**
[1] 47:24
**Terms**
[3] 12:25 16:15 32:20
**Test**
[8] 11:25 32:15 36:14 38:15 41:6 41:6 41:19 41:19
**Testified**
[1] 5:4
**Testify**
[1] 50:11
**Testimony**
[5] 7:16 20:17 22:1 50:8 50:13
**Tests**
[2] 11:22 14:1
**Thecal**
[4] 37:20 37:21 37:23 40:6
**Therapy**
[4] 34:8 35:16 35:20 35:25
**Thereafter**
[1] 31:3
**Therefore**
[2] 12:18 14:8
**Thick**
[2] 29:1 29:6
**Thigh**
[1] 37:1
**Third**
[1] 24:18
**THOMAS**
[2] 2:12 3:13
**Three**
[3] 10:12 42:3 42:4
**Throbs**
[1] 15:6
**Thumb**
[1] 15:4
**Tissue**
[2] 21:1 21:17
**Tom**
[2] 5:8 25:24
**Top**
[4] 14:21 14:23 26:13 43:1
**Torn**
[1] 15:9 40:17
**Torquing**
[1] 29:10
**Touching**
[1] 38:8
**Traditionally**
[2] 20:13 20:21
**Transcribed**
[1] 50:15
**Transcript**
[2] 50:3 50:17
**Transducers**

[1] 30:14
**Trash**
[1] 29:22
**Trauma**
[4] 18:1 43:18 43:25 44:22
**Treat**
[1] 29:22
**Treating**
[3] 15:16 16:11 19:17
**Treatises**
[1] 14:17
**Treatment**
[1] 29:21
**Treatment**
[14] 1:23 5:1 6:25 7:3 9:5 11:24 15:18 15:22 15:23 15:25 16:2 16:24 17:3 18:21
**Treatments**
[1] 17:8
**Trivial**
[1] 31:3
**True**
[5] 7:19 8:6 13:6 17:15 50:16
**Try**
[3] 15:16 20:5 26:3
**Trying**
[1] 41:13
**Tuesday**
[1] 1:22
**Turns**
[2] 16:14 41:10
**Two**
[14] 5:23 7:12 12:4 12:11 12:15 13:3 14:2 14:16 17:25 19:17 40:18 40:21 41:20 48:4
**Type**
[2] 22:6 23:24
**Typically**
[1] 27:2

**U**

**Unable**
[1] 20:7
**Under**
[4] 4:5 23:22 47:10 50:15
**Underlying**
[1] 36:1
**Unit**
[1] 27:20
**UNITED**
[1] 1:2
**University**
[1] 6:13
**Unusual**
[1] 42:11
**Up**
[9] 9:20 14:9 14:13 18:1 29:16 29:23 43:20 43:25 44:21

**V**

**Valid**
[1] 50:2
**Vaporize**
[1] 21:12
**Various**
[1] 30:15
**Ventral**
[3] 37:20 37:24 40:5
**VERSUS**
[1] 1:10
**Vertebrae**
[1] 33:5
**Vertebral**
[1] 19:1
**Vertical**
[1] 30:19
**Vicoprofen**

[4] 10:4 10:7 10:18 24:7
**View**
[1] 27:17
**Visible**
[1] 37:25
**Visit**
[8] 9:13 19:22 19:23 22:22 23:12 24:8 26:12 36:22
**Vitae**
[2] 6:5 6:7
**Vocation**
[1] 45:18

**W**

**Wagner**
[19] 2:12 3:10 3:13 5:11 6:15 7:5 9:1 20:14 22:11 22:12 23:7 23:13 25:1 25:20 25:23 25:24 47:5 47:7 48:25
**Waiting**
[1] 24:9
**Waived**
[1] 4:9
**Walk**
[1] 6:9
**Walking**
[1] 39:19
**Weakness**
[1] 42:8
**Wearing**
[1] 9:11
**Week**
[1] 45:25
**Welcome**
[1] 23:5
**Willing**
[1] 6:17
**Witness**
[10] 4:19 7:18 9:4 20:20 23:10 23:17 25:3 25:19 44:19 47:16
**Word**
[1] 47:22
**Words**
[1] 9:23
**Worse**
[9] 9:22 31:22 31:25 34:13 34:17 45:2 45:2 45:3 45:6

**Y**

**Years**
[2] 15:15 33:5
**Young**
[3] 15:15 21:14 46:4
**Yourself**
[1] 33:17

*C*

# SPYRIDON, KOCH,
# PALERMO & DORNAN
### LLC | ATTORNEYS AT LAW

 NEW ORLEANS

December 1, 2004

Mr. Thomas J. Wagner, Esq.
Wagner & Bagot, LLP
650 Poydras St., Suite 2660
Poydras Center
New Orleans, Louisiana 70130-6158

RE:   *Harry Priest, IV v. Seariver Maritime, Inc.,*
      *U.S.D.C., Middle District of Louisiana,*
      *Civ. Action No. 03-701-B-M1*
      Our File No.: P0384-1

Dear Tom:

Based on yesterday's testimony of Dr. Arnold Feldman, we request that SeaRiver Maritime, Inc. reinstate the maintenance and cure benefits of Hunter Priest, including, but not limited to, authorization for the endoscopic discectomy.

If you have any questions, please feel free to contact me at your convenience.

Very truly yours,

GREGG L. SPYRIDON
MICHAEL W. RUTLEDGE

MWR/ks
Enclosure
cc:    Hunter Priest
H:\P0384001\Correspondence\Wagner\Maint and cure 12-01-04.wpd

NEW ORLEANS OFFICE
Three Lakeway Center, Suite 3010
3838 North Causeway Boulevard
Metairie, Louisiana 70002
phone 504 830 7800 fax 504 830 7810

web www.skpd.com

BILOXI OFFICE
771 Water Street
P.O. Box 154
Biloxi, Mississippi 39533
phone 228 374 2013 fax 228 374 3019



EXHIBIT
C